UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

### GRAND JURY REPORT

| | | | |
|---|---|---|---|
| Date: | November 18, 2015 | Presiding: | Judge Elizabeth E. Foote |
| Court Opened: | 02:00 p.m. | Minute Clerk: | S. Delgado/K. Bray |
| Court Adjourned: | 02:20 p.m. | LCR Recording Courtroom 3 | |
| Statistical Time: | 00:20 | ✘ Partial Report | |

### OPEN INDICTMENTS

| Case Number | Warrant/Summons |
|---|---|
| 5:15-cr-00234-01 | In federal custody.  Arrest Warrant is requested. |
| 5:15-cr-00234-02 | In federal custody.  Arrest Warrant is requested. |
| 5:15-cr-00235-01 | In federal custody.  Arrest Warrant is requested. |
| 5:15-cr-00236-01 | Summons requested to be issued and served by agent. |
| 5:15-cr-00237-01 | In federal custody. Arrest Warrant and Writ is requested. |
| 5:15-cr-00238-01 | Summons requested to be issued. |
| 5:15-cr-00240-01 | Summons is requested and served by the U.S. Marshals Service through defendant's attorney. |
| 5:15-cr-00240-02 | Summons is requested and served by the U.S. Marshals Service through defendant's attorney. |

### SEALED INDICTMENTS

| Case Number | Warrant/Summons |
|---|---|
| 5:15-cr-00239-01 | Arrest Warrant is requested. |
| 5:15-cr-00239-02 | Arrest Warrant is requested. |
| 5:15-cr-00239-03 | Arrest Warrant is requested. |
| 5:15-cr-00239-04 | Arrest Warrant is requested. |
| 5:15-cr-00239-05 | Arrest Warrant is requested. |
| 5:15-cr-00239-06 | Arrest Warrant is requested. |

**The oral motion to seal these indictments is granted, and these indictments are ordered sealed and withheld from the public until such time as the defendant(s) come into federal custody.**

**✘ Warrants/summonses ordered issued as indicated.**