**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  5:15-cr-00240-01** |
| | : | |
| **v.** | : | **JUDGE S. MAURICE HICKS, JR.** |
| | : | |
| **RANDALL B. LORD** | : | **MAGISTRATE JUDGE HORNSBY** |
| | : | |
| _____ | : | |

**[OWNERS OF RECORD: Randall Lord and Lisa Lord, his wife]**

**UNITED STATES OF AMERICA'S**
**NOTICE OF LIS PENDENS**

TO RANDALL B. LORD AND LISA LORD, AND ALL WHOM IT MAY CONCERN:

NOTICE IS HEREBY GIVEN that on November 18, 2015, the United States of America, filed an indictment in the United States District Court for the Western District of Louisiana, Shreveport Division, in the foregoing action.

On November 18, 2015, an indictment was filed against the Defendant, **RANDALL B. LORD**, charging him with various criminal violations including conspiracy to operate an unlicensed money service business and money laundering in violation of Title 18, United States Code, Section 371 and Title 18, United States Code, Section 1956 respectively.  He is also charged with violations of the Bank Secrecy Act found in Title 31, United States Code, Sections 5313 and 5322.  The indictment gives the Defendant notice that the United States intends to pursue the forfeiture of assets in which the Defendant, **RANDALL B. LORD**, holds an interest pursuant to the provisions of Title 18, United States Code, Sections 982(a)(1) and 982(a)(2), Title 31, United States Code, Section 5317, and Title 21, United States Code, Section 853.

The United States of America will seek to forfeit real and personal property of the Defendant, **RANDALL B. LORD**, including the real property located at 7700 Jewella Avenue, Shreveport, Louisiana 71108, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> A 0.857 acre, more or less, tract of land in Lots 22 and 23 of **JENKINS ACRES SUB**, as recorded in Book 300, Page 478 of the Conveyance Records of Caddo Parish, Louisiana, and being more particularly described as follows: From the Northwest corner of said Lot 22 on the South right-of-way line of Standard Oil Road, run thence South 69 degress 00 minutes 14 seconds East along said South right-of-way a distance of 106.4 feet to the point of beginning of the tract herein described; a 1 inch iron pipe, thence continue South 69 degrees 00 minutes 14 seconds East along said South right-of-way line of said road a distance of 152.36 feet to an iron pipe at the point of curve of a curve to the right, said curve having a radius of 70 feet and an arc length of 77.21 feet, thence run Southeasterly along said curve of the new relocated West right-of-way line of Jewella Road a distance of 77.21 feet to an "X" in concrete, thence run South 5 degrees 38 minutes 35 seconds East along the relocated West right-of-way line of Jewella Road a distance of 119.7 feet to an "X" in the concrete; thence continue along said West relocated right-of-way line of Jewella Road South 5 degrees 56 minutes 52 seconds East a distance of 6.12 feet to an "X" in the concrete, thence run North 88 degrees 35 minutes 00 seconds West a distance of 94.01 feet along a community wall to a point, thence run North 1 degree 18 minutes 07 seconds East a distance of 5.83 feet to an "X" in the concrete, thence run North 88 degrees 32 minutes 13 seconds West along the South line of said Lot 22 a distance of 107.79 feet, thence run North 0 degrees 40 minutes 56 seconds East parallel to the West line of Lot 22 a distance of 227.71 feet to the point of beginning, more particularly shown on plat of survey by John R. Bowman & Assoc., Inc., dated June 13, 1994, a copy of which is attached hereto and made a part hereof, together with all buildings and improvements thereon, municipally known as 7700 Jewella Avenue, Shreveport Louisaina subject to all prior recorded restrictions, servitudes and mineral rights.
>
> GEOGRAPHIC NUMBERS: 171428-013-0160 and 171428-013-

0161.

The record owners of the subject property are the Defendant, **RANDALL B. LORD**, and his wife, Lisa W. Lord, as recorded in the public records of Caddo Parish, Louisiana on June 29, 1994.

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court for the Western Division of Louisiana, Shreveport Division or the United States Attorney for the Western District of Louisiana, through the undersigned Assistant United States Attorney.

Dated:   November 20, 2015.

Respectfully submitted,

STEPHANIE A. FINLEY
United States Attorney

By:   /s/ Cytheria D. Jernigan
CYTHERIA D. JERNIGAN
Assistant United States Attorney
Massachusetts Bar Number 657960
300 Fannin Street, Suite 3201
Shreveport, LA 71101
(318) 676-3600 – o //(318) 676-3663 - f

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  5:15-cr-00240-01** |
| | : | |
| **v.** | : | **JUDGE S. MAURICE HICKS, JR.** |
| | : | |
| **RANDALL B. LORD** | : | **MAGISTRATE JUDGE HORNSBY** |
| | : | |
| _____ | : | |

**[OWNERS OF RECORD: Randall Lord and Lisa Lord, his wife]**

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct of the Government's Notice of *Lis Pendens* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the Defendant by operation of the court's electronic filing system.


STEPHANIE A. FINLEY
United States Attorney

By:     /s/  Cytheria D. Jernigan                        
CYTHERIA D. JERNIGAN
MA Bar #657960
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101
318-676-3600 – office
318-676-3663 - fax