UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:15-cr-00240-01 |
|---|---|---|
| v. | : | JUDGE S. MAURICE HICKS, JR. |
| RANDALL B. LORD | : | MAGISTRATE JUDGE HORNSBY |
| | : | |

[OWNERS OF RECORD: Randall Lord and Lisa Lord, his wife]

## UNITED STATES OF AMERICA'S NOTICE OF LIS PENDENS

TO RANDALL B. LORD AND LISA LORD, AND ALL WHOM IT MAY CONCERN:

NOTICE IS HEREBY GIVEN that on November 18, 2015, the United States of America, filed an indictment in the United States District Court for the Western District of Louisiana, Shreveport Division, in the foregoing action.

On November 18, 2015, an indictment was filed against the Defendant, **RANDALL B. LORD**, charging him with various criminal violations including conspiracy to operate an unlicensed money service business and money laundering in violation of Title 18, United States Code, Section 371 and Title 18, United States Code, Section 1956 respectively. He is also charged with violations of the Bank Secrecy Act found in Title 31, United States Code, Sections 5313 and 5322. The indictment gives the Defendant notice that the United States intends to pursue the forfeiture of assets in which the Defendant, **RANDALL B. LORD**, holds an interest pursuant to the provisions of Title 18, United States Code, Sections 982(a)(1) and 982(a)(2), Title 31, United States Code, Section 5317, and Title 21, United States Code, Section 853.

The United States of America will seek to forfeit real and personal property of the Defendant, **RANDALL B. LORD**, including the real property located at 10022 Winding Ridge Drive, Shreveport, Louisiana 71106, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> Lot 378, Ellerbe Road Estates, Unit No. 9, a subdivision of Shreveport, Caddo Parish, Louisiana, as per plat recorded in Book 1900, Page 239 and 241, of the Conveyance Records of Caddo Parish, Louisiana, together with all buildings and improvements thereon. This conveyance is made subject to all servitudes, dedications, easements and rights-of-way as well as any and all restrictions appearing of record in Caddo Parish, Louisiana, which may affect the subject property, specifically including but not limited to the following:
>
> 1.) Restrictions recorded in Book 2093, Page 581, of the Conveyance Records of Caddo Parish, Louisiana.
> 2.) 45' Building Setback Line as shown on plat of subdivision recorded in Book 1900, Pages 239-241, of the Conveyance Records of Caddo Parish, Louisiana.
> 3.) 7.5' Utility Easement across rear as shown on plat subdivision recorded in Book 1900, Pages 239-241, of the Conveyance Records of Caddo Parish, Louisiana.

The record owners of the subject property are the Defendant, **RANDALL B. LORD**, and his wife, Lisa W. Lord, as recorded in the public records of Caddo Parish, Louisiana on October 14, 1996.

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records

of the Clerk of Court for the United States District Court for the Western Division of Louisiana, Shreveport Division or the United States Attorney for the Western District of Louisiana, through the undersigned Assistant United States Attorney.

Dated:   November 20, 2015.

                        Respectfully submitted,

                        STEPHANIE A. FINLEY
                        United States Attorney

By:    /s/ Cytheria D. Jernigan
           CYTHERIA D. JERNIGAN
           Assistant United States Attorney
           Massachusetts Bar Number 657960
           300 Fannin Street, Suite 3201
           Shreveport, LA 71101
           (318) 676-3600 – o //(318) 676-3663 - f

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  5:15-cr-00240-01 |
| v. | : | JUDGE S. MAURICE HICKS, JR. |
| RANDALL B. LORD | : | MAGISTRATE JUDGE HORNSBY |
| | : | |

**[OWNERS OF RECORD: Randall Lord and Lisa Lord, his wife]**

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct of the Government's Notice of *Lis Pendens* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the Defendant by operation of the court's electronic filing system.

STEPHANIE A. FINLEY
United States Attorney

By:  /s/  Cytheria D. Jernigan
CYTHERIA D. JERNIGAN
MA Bar #657960
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101
318-676-3600 – office
318-676-3663 - fax