

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
| Randall B. Lord thru counsel Paul J. Carmouche | ) Case No. 5:15-cr-00240-02 ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

X Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   Order of Court

| Place: | U. S. Courthouse 300 Fannin Street Shreveport, LA 71101 | Courtroom No.: | 4th Floor, Courtroom 3 |
|---|---|---|---|
| | | Date and Time: | 12/8/2015 2:00 pm |

This offense is briefly described as follows:

18:371; 18:1960(a), (b)(1)-(2) & 18:2; 18:1956(a)(3)(B) & 18:2, 18:1956(a)(3)(C) &
18:2; 31:5313, 5322& 18:2, 18:1343 & 18:2

Conspiracy to Operate an Unlicensed MSB, Unlicensed Money Service Business, Money Laundering, Failure to File CTR's, Wire Fraud, Forfeiture Allegation

Date:   11/19/15

*Issuing officer's signature*

Kim Bray, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons            ☐ Returned this summons unexecuted

Date: _____RECEIVED_____

NOV 2 4 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____Kea_____

*Server's signature*

*Printed name and title*

RECEIVED 2015 NOV 23 PM SHREVEPORT WESTERN DISTRICT OF LOUISIANA

RETURN

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 11/19/15 .

☒ I personally served the summons on this defendant  attorney Paul Carmouche  at *(place)* _____ on *(date)* 11/23/15 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 11/23/15

Server's signature

Darrin Heusel
Special Agent    IRS-CI
*Printed name and title*

Remarks: