UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** 5:15-CR-00240-01 |
| VS. | JUDGE: HICKS |
| **MICHAEL A. LORD** | MAG. JUDGE: HORNSBY |

**MINUTES OF COURT:**
*Initial Appearance, Arraignment and Detention Hearing*

| | | | |
|---|---|---|---|
| Date: | December 8, 2015 | Presiding: | Mag. Judge Mark L. Hornsby |
| Court Opened: | 02:00 p.m. | Courtroom Deputy: | Suzanne Delgado |
| Court Adjourned: | 02:40 p.m. | Probation Officer: | Jennifer DeMoss |
| Statistical Time: | 00:12 | | LCR, Courtroom 3 |

**APPEARANCES**

| | | |
|---|---|---|
| 1. Cytheria Jernigan, AUSA | for | United States of America |
| 2. Paul Carmouche, Retained counsel | for | Michael A. Lord |
| 3. Michael A. Lord, Defendant | | |

**PROCEEDINGS**

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the initial appearance, arraignment and detention hearing to discuss scheduling.

**INITIAL APPEARANCE AND COUNSEL:**

Defendant admitted him identity and was advised of the charges and of his constitutional rights.

The court granted Mr. Paul Carmouche's oral motion to be enrolled as retained counsel for defendant.

**ARRAIGNMENT:**

The defendant waived reading of the indictment and entered a plea of not guilty to all counts in which the defendant is named.

The court granted the defendant's oral motion for Rule 16 Discovery and the government's oral motion for reciprocal Rule 16 Discovery.

**STATUS CONFERENCE: January 20, 2016 at 2:30 p.m.** in chambers of Magistrate Judge Hornsby

**BOND DETERMINATION:**

The government did not move for detention. Accordingly, defendant was released on a $25,000 Unsecured Appearance Bond.