**MINUTES [00:30]**

**UNITED STATES OF AMERICA**      **CRIMINAL NO.:**    **5:15-cr-00240**

**versus**      **JUDGE HICKS**

**MICHAEL A. LORD (01)**      **MAGISTRATE JUDGE HORNSBY**
**RANDALL B. LORD (02)**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

A Status Conference was held before Magistrate Judge Hornsby on January 20, 2016. Present for the Government was Cytheria Jernigan and present for Defendants was Paul Carmouche. Defendant's counsel stated that Defendants wish to enter a guilty plea. Accordingly, no scheduling order will be entered at this time. The guilty plea is tentatively set before Judge Hicks on Thursday, March 17, 2016 at 2:00 p.m. The court finds that this delay is necessary in the interests of justice due to the extremely large volume of discovery that must still be reviewed by Defendants.

**January 22, 2016**

_____
Mark L. Hornsby
U.S. Magistrate Judge