**MINUTE ENTRY**
**MARCH 14, 2016**
**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01/02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD (01)<br>RANDALL B. LORD | MAGISTRATE JUDGE HORNSBY |

    The change of plea hearings for Michael A. Lord and Randall B. Lord, previously set for March 17, 2016 at 2:00 p.m, are hereby **UPSET**. The matter is **REFERRED** to Magistrate Judge Hornsby for a status conference on **March 17, 2016 at 2:30 p.m.** in chambers.

*[signature: S. Maurice Hicks, Jr.]*