**MINUTE ENTRY**
**APRIL 5, 2016**
**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01/02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD (01)<br>RANDALL B. LORD (02) | MAGISTRATE JUDGE HORNSBY |

At the request of counsel, a change of plea hearing is set for defendants Michael A. Lord and Randall B. Lord on **Wednesday, April 13, 2016** at **10:00 a.m.**

*[signature: S. Maurice Hicks]*