**MINUTES OF STATUS CONFERENCE**
00:20
April 13, 2016
**JUDGE S. MAURICE HICKS, JR.**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240 |
| VERSUS | JUDGE HICKS |
| MICHAEL A. LORD (01)<br>RANDALL B. LORD (02) | MAGISTRATE JUDGE HORNSBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A change of plea hearing was set for defendants Michael A. Lord and Randall B. Lord in this matter on April 13, 2016 at 10:00 a.m. In lieu of the hearing, the Court held a status conference in the robing room. Cytheria Jernigan appeared on behalf of the Government and Paul Carmouche appeared on behalf of the defendants.

By agreement of the parties, the change of plea hearings are reset for April 19, 2016 at 3:00 p.m.

*/s/ S. Maurice Hicks, Jr.*