UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**PRESENT**:
HON. S. MAURICE HICKS, JR.        **JUDGE**
  Marie Runyon                    **COURT REPORTER**
  Denise McDonnell                **COURTROOM DEPUTY**

DATE :   April 19, 2016
COURT OPENED : 3:00 p.m.
COURT CLOSED  : 4:30 a.m.
STATISTICAL TIME: 01:30

## MINUTES OF COURT

CRIMINAL NO. : 15-00240-01-02

MAG. CASE NO.: NONE

**DEFENDANT 01** : MICHAEL A. LORD
**DEFENDANT 02** : RANDALL B. LORD

 X  Defendants present
 X  Defendants on bond
 X  Agents testified
 X  Exhibit List attached

GOVERNMENT COUNSEL: CYTHERIA JERNIGAN

DEFENSE COUNSEL      : PAUL J. CARMOUCHE

( ) PUBLIC DEFENDER    (X) RETAINED    ( ) CJA    ( ) WAIVED

  X   CASE CALLED FOR CHANGE OF PLEA ON INDICTMENT

  **X**  Defendants under oath
  **X**  Defendants advised of Rule 11 rights
        Waiver of Indictment signed
  **X**  Plea Agreement, Affidavit of Understanding, and Elements of the Offense filed as to each defendant
        Filed Act of Forfeiture and Abandonment of Property
  **X**  Plea of Guilty to Counts 1 and 15 of the Indictment accepted as to Michael A. Lord
  **X**  Plea of Guilty to Count 1 of the Indictment accepted as to Randall B. Lord
  **X**  Presentence investigations ordered
  **X**  Sentencing set for August 1, 2016 at 2:00 p.m. for Michael A. Lord
  **X**  Sentencing set for August 1, 2016 at 2:30 p.m. for Randall B. Lord

**GOVERNMENT WITNESSES:**  SA Darrin Heusel, IRS CI

                          SA Richard Brian Upchurch, DHS HSI

The Court discussed Minute Entry Doc No. 30, which indicates that Mr. Paul Carmouche orally moved to enroll as counsel for both defendants at the December 8, 2015 initial appearance and arraignment. Both defendants stated that they had no objection to being represented by the same counsel.

The Government's Motion under U.S.S.G. § 3E1.1(b) (Acceptance of Responsibility) is contained in each of the plea agreements.

The defendants were ordered to return for sentencing.