IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 0536 5:15CR00240-02-01 |
| VERSUS | JUDGE HICKS |
| RANDALL LORD AND MICHAEL LORD | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The foregoing premises considered:

**IT IS ORDERED THAT** a one-week extension be granted extending the deadline for filing of objections to the Presentence Report by defendants until July 11, 2016.

SIGNED in Shreveport, Louisiana, on this the  6th   day of _____July_____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE