1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO.: 5:15-cr-00240-01-02** |
| | * | |
| | * | **18 U.S.C. §§ 1960, 1956(a)(3)(B)-(C)** |
| | * | **18 U.S.C. §§ 1343, 2** |
| | * | **31 U.S.C. §§ 5313, 5322** |
| **VERSUS** | * | **21 U.S.C. § 846** |
| | * | **18 U.S.C. § 982** |
| | * | |
| | * | |
| **MICHAEL A. LORD**   (1) | * | **JUDGE S. MAURICE HICKS, JR.** |
| **RANDALL B. LORD**   (2) | * | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

The foregoing motion for continuance of sentencing hearing considered,

IT IS HEREBY ORDERED, that the sentencing date be upset from its currently set date of August 1, 2016, and reset for **Tuesday, September 6, 2016** at **2:00 p.m.**

THUS DONE AND SIGNED in chambers this ___19th___ day of ___July___, 2016 in Shreveport, Louisiana.

_____
S. MAURICE HICKS
United States District Judge