**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **PRESENT**: | **DATE :** September 6, 2016 |
| HON. S. MAURICE HICKS, JR. **JUDGE** | **COURT OPENED** : 2:00 p.m. |
| Marie Runyon **COURT REPORTER** | **COURT CLOSED** : 2:40 p.m. |
| Denise McDonnell **COURTROOM DEPUTY** | **STATISTICAL TIME: 00:40** |

## MINUTES OF COURT

CRIMINAL NO. : 15-00240-01-02         X  Defendants present
                                                                       X  Defendants on bond

**DEFENDANT 01   : MICHAEL A. LORD**
**DEFENDANT 02   : RANDALL B. LORD**

GOVERNMENT COUNSEL: CYTHERIA JERNIGAN

DEFENSE COUNSEL       : PAUL J. CARMOUCHE

( ) PUBLIC DEFENDER     (X) RETAINED     ( ) CJA     ( ) WAIVED

   X    **CASE CALLED SENTENCING**

The Court met with U.S. Probation officers prior to appearing in Open Court. For reasons orally assigned, the sentencing of defendants was continued to December 7, 2016 at 9:30 a.m.

In its objections to the PSR, the Government referenced a second package defendant Michael Lord ordered from China which contained a white powder and was intercepted by Customs and Border Protection. The substance and amount of the white powder is unknown, as the contents of that second package are still in the process of being analyzed by the DEA lab. Because the identity and amount of the substance has not been confirmed, Probation did not include and/or consider the white powder in calculating the guidelines. A separate Order will issue requiring the DEA Lab to analyze and provide a written report on the identification and quantity of the white powder.

The defendants were ordered to return for sentencing.