UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

In its objections to the PSR, the Government referenced a second package defendant Michael Lord received from China which contained a white powder and was intercepted by Customs and Border Protection. The substance and amount of the white powder is unknown, as the contents of that second package are still in the process of being analyzed by the Drug Enforcement Administration ("DEA") lab.

The Court hereby orders that no later than **November 7, 2016**, the DEA shall analyze the white powder and prepare a written report as to the identification and quantity of the white powder. The written report shall be provided to Assistant United States Attorney Cytheria Jernigan. Ms. Jernigan will then furnish the report to Probation and defense counsel. Defense counsel may submit a response to the report to Probation no later than **November 21, 2016**. If the analysis and written report are not completed and provided to Ms. Jernigan by November 7, 2016, the DEA lab director shall appear in this Court on **December 7, 2016** at **9:30 a.m.**, defendant Michael Lord's sentencing date, to explain the delay.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8th day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE