UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD (01) | MAGISTRATE JUDGE HORNSBY |

### ORDER

Paragraph 69 of the PSR indicates that defendant Michael Lord was issued a passport on December 31, 2015. The defendant advised Probation that he has no plans to travel out of the country. Notwithstanding, the defendant shall surrender his passport to the U.S. Clerk of Court no later than **4:00 p.m.** on **September 15, 2016**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8th day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE