**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01/02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD AND RANDALL B. LORD | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Considering the foregoing Motion to Continue Sentencing (Record Document 48),

**IT IS ORDERED** that sentencing in this matter be continued and reset by further order of the Court.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 1st day of December, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE