**MINUTE ENTRY**
**FEBRUARY 23, 2017**
**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 15-00240-01 & 02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD (01) | MAGISTRATE JUDGE HORNSBY |
| RANDALL B. LORD (02) | |

On April 19, 2016, Defendant Michael A. Lord entered a guilty plea to counts one and fifteen of the fifteen-count indictment against him pursuant to a plea agreement with the Government. See Record Document 31. On the same day, Defendant Randall B. Lord entered a guilty plea to count one of the same indictment. See id. On February 21, 2017, the Defendants filed a Motion to Withdraw their guilty pleas. See Record Document 51.

Once a guilty plea has been accepted by the Court, a defendant does not have an absolute right to withdraw the plea. See United States v. Conroy, 567 F.3d 174, 177 (5th Cir. 2009). Rather, the Court has discretion to grant or deny a motion to withdraw a guilty plea. See id. Such a motion may be granted for "any fair and just reason" pursuant to Rule 11(d)(2)(B) of the Federal Rules of Criminal Procedure. Id. at 177-78.

As such, **IT IS ORDERED** that the Government has until Thursday, March 9, 2017, to respond to Defendants' Motion to Withdraw their guilty pleas. Defendants will have until Thursday, March 16, 2017, to file a reply to the Government's response, if any.