**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01/02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD AND RANDALL B. LORD | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Considering the foregoing unopposed Motion for Extension of Time (Record Document 53),

**IT IS ORDERED** that the Government's Motion for Extension of Time (Record Document 53) be and is hereby **GRANTED**. The Government's deadline for responding to Defendants' Motion to Withdraw Guilty Plea (Record Document 51) is hereby extended to March 10, 2017. The March 16, 2017, deadline for Defendants to file a Reply set forth in the Court's Minute Entry (Record Document 52) is hereby extended to March 17, 2017.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 13th day of March, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE