**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01/02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD AND RANDALL B. LORD | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Considering the foregoing unopposed Motion for Extension of Time (Record Document 56) to file a Reply to the Government's Response to the Motion to Withdraw Guilty Pleas,

**IT IS ORDERED** that the Defendants' Motion for Extension of Time (Record Document 56) be and is hereby **DENIED AS MOOT**. The March 16, 2017, deadline for Defendants to file a Reply set forth in the Court's Minute Entry (Record Document 52) was already extended to March 17, 2017, by the Court's previous order (Record Document 55).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 17th day of March, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE