**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 15-00240-
                                            01/02

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

MICHAEL A. LORD AND                         MAGISTRATE JUDGE HORNSBY
RANDALL B. LORD

**ORDER**

In accordance with the foregoing Memorandum Ruling,

**IT IS ORDERED** that Defendants Randall B. Lord and Michael A. Lord's Motion to

Withdraw their guilty pleas (Record Document 51) be and is hereby **DENIED** because

they failed to provide a "fair and just reason" for the Court to allow them to withdraw their

guilty pleas under Federal Rule of Criminal Procedure 11(d)(2)(B).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this the 20th day of April,

2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE