**MINUTE ENTRY
APRIL 26, 2017
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 15-00240-01 & 02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD (01)<br>RANDALL B. LORD (02) | MAGISTRATE JUDGE HORNSBY |

On April 19, 2016, Defendant Michael A. Lord entered a guilty plea to counts one and fifteen of the fifteen-count indictment against him pursuant to a plea agreement with the Government. See Record Document 31. On the same day, Defendant Randall B. Lord entered a guilty plea to count one of the same indictment. See id. On February 21, 2017, the Defendants filed a Motion to Withdraw their guilty pleas. See Record Document 51.

On April 20, 2017, the Court denied Defendants' Motion to Withdraw their guilty pleas. See Record Documents 59 and 60. As such, the matter is ready for sentencing. Sentencing in this matter is set for **May 23, 2017, at 2:00 PM** in Shreveport, Louisiana.

*[signature: S. Maurice Hicks]*