UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:15-CR-00240-01-02** |
| **VERSUS** | **JUDGE HICKS** |
| **MICHAEL A. LORD (01)** <br> **RANDALL B. LORD (02)** | **MAGISTRATE JUDGE HORNSBY** |

MINUTES OF COURT:
Sentencing

| | |
|---|---|
| Date: May 23, 2017 | Presiding: Judge S. Maurice Hicks |
| Court Opened: 2:00 P.M. | Courtroom Deputy: Denise McDonnell |
| Court Adjourned: 5:00 P.M. | Court Reporter: Marie Moran Runyon |
| Statistical Time: 03:00 | |

## APPEARANCES

| | | |
|---|---|---|
| Cytheria Jernigan (AUSA) | For | United States of America |
| Paul J. Carmouche (RET) | For | Defendants, Michael A. Lord and Randall B. Lord |
| Michael A. Lord, Defendant | | Defendant on bond |
| Randall B. Lord, Defendant | | Defendant on bond |

## PROCEEDINGS

**PROCEEDINGS**:
Defendants and counsel advised the Court that they have read the PSR
Objections to PSR addressed and ruled on accordingly

Testimony, evidence, and oral arguments were heard supporting objections to the Presentence Report.

The Court ordered that the Presentence Reports be amended to reflect removing acceptance of responsibility points as to both Michael A. Lord and Randall B. Lord.

This matter was continued to 9:30 tomorrow morning.