UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:15-CR-00240-01-02** |
| **VERSUS** | **JUDGE HICKS** |
| **MICHAEL A. LORD (01)**<br>**RANDALL B. LORD (02)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
Completion of Sentencing Hearing

| | | | |
|---|---|---|---|
| Date: | May 24, 2017 | Presiding: | Judge S. Maurice Hicks |
| Court Opened: | 9:30 A.M. | Courtroom Deputy: | Denise McDonnell |
| Court Adjourned: | 5:10 P.M. | Court Reporter: | Marie Moran Runyon |
| Statistical Time: | 05:00 | | |

**APPEARANCES**

| | | |
|---|---|---|
| Cytheria Jernigan  (AUSA) | For | United States of America |
| Paul J. Carmouche (RET) | For | Defendants, Michael A. Lord and Randall B. Lord |

| | |
|---|---|
| Michael A. Lord, Defendant | Defendant on bond |
| Randall B. Lord, Defendant | Defendant on bond |

**PROCEEDINGS**

**PROCEEDINGS**:
Objections to PSR addressed and ruled on accordingly
Defendants advised of right to appeal

This matter was carried over from May 23, 2017.  Testimony, evidence, and oral arguments were heard regarding Count 15 Drug Conspiracy as to Michael A. Lord (01).

Defendants' oral motion for forfeiture hearing was granted.  The Government's memorandum regarding foreseeable issues is due within 14 days, and the Defendants' response is due 7 days from the Government's memorandum. The forfeiture matter is held open pending a hearing on June 5, 2017 at 10:00 a.m. or other resolution.  The Court ordered that appellate delays shall not begin to run until after the forfeiture matter has been dealt with and a final judgment combining imprisonment plus forfeiture is entered in accordance with the law.

15-CR-240-01-02
May 24, 2017
Page Two


**Michael A. Lord (01) is sentenced as follows:**
The Court adopts the factual findings of the Probation Office as contained in the Presentencing Report, its addendum, and by oral rulings in open Court.

Pursuant to the Sentencing Reform Act of 1984 and in accordance with 18 U.S.C. §3553(a), the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 46 months as to Count One of the Indictment and 60 months as to Count 15 of the Indictment, said terms to run consecutive with each other for a total term of imprisonment of 106 months.  The defendant shall self-report to the institution designated by Federal Bureau of Prisons facility no later than 2:00 p.m. on July 11, 2017.

Upon release from confinement, the defendant shall be placed on supervised release for a term of 3 years as to each Count, to run concurrently.

The defendant was ordered to pay a $200.00 special assessment to the Crime Victim Fund.  No fine is ordered.

All remaining counts are hereby dismissed.

The defendant is notified of the right to appeal.  If a notice of appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals.  If defendant wishes to appeal, Paul J. Carmouche shall file the Notice of Appeal. The Federal Public Defender's Office will be appointed to prosecute any Notice of Appeal.


**Randall B. Lord (02) is sentenced as follows:**
The Court adopts the factual findings of the Probation Office as contained in the Presentencing Report, its addendum, and by oral rulings in open Court.

Pursuant to the Sentencing Reform Act of 1984 and in accordance with 18 U.S.C. §3553(a), the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 46 months as to Count One of the Indictment.  The defendant shall self-report to the institution designated by the Federal Bureau of Prisons facility no later than 2:00 p.m. on July 11, 2017.

Upon release from confinement, the defendant shall be placed on supervised release for a term of 1 year.

**15-CR-240-01-02**
**May 24, 2017**
**Page Three**

The defendant was ordered to pay a $100.00 special assessment to the Crime Victim Fund.  No fine is ordered.

All remaining counts are hereby dismissed.

The defendant is notified of the right to appeal.  If a notice of appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals.  If defendant wishes to appeal, Paul J. Carmouche shall file the Notice of Appeal. The Federal Public Defender's Office will be appointed to prosecute any Notice of Appeal.