

GOVERNMENT EXHIBIT A