
GOVERNMENT
EXHIBIT
B