



**internet151@swissjabber.ch**
- oh — 2:52
- i noticed something unusual with the alp powder tracking — 2:52
- it went out for delivery today, then 49 minutes later was held for pickup — 2:52

**LouisXV@swissjabber.ch**
- yeah it requires a signature and I wasnt available at the time to recieve so it went back to the post office — 2:53

**internet151@swissjabber.ch**
- your mailman gets there that early? — 2:53

**LouisXV@swissjabber.ch**
- yeah like 7 or 8am — 2:54

**internet151@swissjabber.ch**
- oh ok — 2:54
- ask your dad for some time off so you can move the press and shit outta there imo — 2:55
- that's what he wants anyway so i'd imagine he'd agree to that — 2:56

**LouisXV@swissjabber.ch**
- ok My dads got me going back to work in the next 30min so I gotta off soon, But we should make arrangements to move everything in the next day or two — 3:00

**internet151@swissjabber.ch**
- as soon as your ready to proceed with my plan let me know — 3:01

**LouisXV@swissjabber.ch**
- alright I gotta go do some work I'll be back on later tonight — 3:01

**internet151@swissjabber.ch**
- ok — 3:01

**LouisXV@swissjabber.ch**
- ight later

GOV-003

**internet151@swissjabber.ch**

**LouisXV@swissjabber.ch**
Hey whats up — 9:17

**internet151@swissjabber.ch** — 9:17
https://www.reddit.com/r/IAmA/comments/36ru89/just_days_left_to_kill_mass_surveillance_under/crgiqu4

**LouisXV@swissjabber.ch**
lemme check this out — 9:18

**internet151@swissjabber.ch**
edward snowden himself giving the thumbs up to the app i recommended you (signal) heh — 9:18

**LouisXV@swissjabber.ch**
thats funny — 9:18
I trusted your judgement — 9:18
I had a buddy that told me to use some App called wickr — 9:18
it had like self destructing messages — 9:18
you set the time limit and they dissapear — 9:18

**internet151@swissjabber.ch**
that in of itself doesn't mean anything — 9:19

**LouisXV@swissjabber.ch**
yeah im sure they doccument everything somewehre — 9:19
the only think i dont like about signal is you have to verify it with your phone number — 9:19
seems like it can be linked back to you some way — 9:19

**internet151@swissjabber.ch**
all they would know is you have the app and your sending messages they can't read — 9:20
that in of itself is not really too useful to them — 9:20

**LouisXV@swissjabber.ch**
yeah but it doesnt really delete the messages itself — 9:20

**GOV-004**

**LouisXV@swissjabber.ch**
seems like our venture will be 1000 times more profitable — 9:22

**internet151@swissjabber.ch**
oh yea i know i told you that before — 9:22
when you pitched the idea to me — 9:23

**LouisXV@swissjabber.ch**
yeah once we get the ball rolling — 9:23
hopefully the orders roll in as fast as we hope — 9:23
I think it'll help if you go ahead and make a vendor account with the same name on the forums — 9:24
and start advertsing a new shop opening up — 9:24
giving prices or saying we offer full escrow — 9:24

**internet151@swissjabber.ch**
let me see if agora is up — 9:24
im thinking we may need to setup on necleus market as well as agora — 9:25
they would be a good backup it seems as their site uptime is REALLY high compared to all the others — 9:25

**LouisXV@swissjabber.ch**
I think Blaclbank is the second biggest market right now — 9:25
I saw something about them having 100k+ registered users — 9:25

**internet151@swissjabber.ch**
yea blackback was — 9:25

**LouisXV@swissjabber.ch**
well its currently down too — 9:25

**internet151@swissjabber.ch**
but it's been down for over 100 hours — 9:25

**LouisXV@swissjabber.ch**
yeah maybe blackbank is having some serious — 9:26

GOV-005

> but it's been down for over 100 hours  9:25

**LouisXV@swissjabber.ch**
yeah maybe blackbank is having some serious issues  9:26
I told you I saw awhile back alot of the markets were under attack by havkers  9:26
hackers  9:26

**internet151@swissjabber.ch**
i dont really want to fool with too many vendor accounts as that might be too much of a pain in the butt, at least to start  9:27
so i'm thinking agora + 1 really reliable site  9:27
and that right now looks to be nucleus  9:27

**LouisXV@swissjabber.ch**
yeah Agora for sure thats where 85% of the DNM traffic is  9:27

**internet151@swissjabber.ch**
and we advertise on agora to visit us on nucleus when AG is down  9:27

**LouisXV@swissjabber.ch**
yeah that would work  9:27
do you think we should set up a lelantos email also?  9:27
from my understanding its the safest Tor email  9:28

**internet151@swissjabber.ch**
what is lelantos  9:28

**LouisXV@swissjabber.ch**
but it costs a little bit of BTC to open an account  9:28
I see in most vendors profile they have a @lelantos email address to contact them at incase the market was down  9:28

**GOV-006**

**internet151@swissjabber.ch**
i'll do a little reading and get back to you on that    9:28

**LouisXV@swissjabber.ch**
yeah dig around a little and see    9:29
I think I went to the site awhile back and it cost btc    9:29
so I just left it alone

**internet151@swissjabber.ch**
$32 for a lifetime sub on lelantos    9:31

**LouisXV@swissjabber.ch**
yeah I think we should probably get that just for safety    9:32
but it needs to be the same name as the Vendor account we choose    9:32

**internet151@swissjabber.ch**
yea    9:32

**LouisXV@swissjabber.ch**
so we can start building an alternate persona    9:32

**internet151@swissjabber.ch**
when will you be ready to proceed with the plan i presented earlier today    9:34

**LouisXV@swissjabber.ch**
hopefully I'll have a solid answer for you in the working    9:34

**internet151@swissjabber.ch**
you mean morning?    9:35

**LouisXV@swissjabber.ch**
like I said im working full time and im trying to be as respectful as possible with my parents    9:35
yeah in the morning    9:35

**internet151@swissjabber.ch**

GOV-007

**LouisXV@swissjabber.ch**
yeah What name did we say we liked again?   10:10

**internet151@swissjabber.ch**
uhh let me look   10:10
xbars?   10:10

**LouisXV@swissjabber.ch**
have you looked at r/thebarbarians recently   10:10
the entire xanax market has gone to shit   10:10
not current realiable vendors   10:11

**internet151@swissjabber.ch**
yea it's a prime time for us to swoop in and make a killing   10:11

**LouisXV@swissjabber.ch**
I really think if we advertise ourselves and at first and offered like some 250 and 500 listings   10:11
and let a few big fish roll in and check us out   10:11
see our quality is goo   10:11
good   10:11
leave good reviews   10:12
later on we should just have 500, 1000, 5000   10:12
maybe 10,000   10:12
we're gonna have to stock pile some pills though before that   10:12

**internet151@swissjabber.ch**
yea once we establish a good rep i don't want to run around mailing 10 pills at a time   10:12

**LouisXV@swissjabber.ch**
yeah exactly   10:12

**internet151@swissjabber.ch**
we want to try to reduce the # of packages being sent out as much as possible   10:13
but we need rep to get to that point   10:13

**GOV-008**

**LouisXV@swissjabber.ch**
yeah I dont think we should have a listing under 250    10:13

**internet151@swissjabber.ch**
we'll see how the market orders come in    10:13
and raise it accordingly    10:13

**LouisXV@swissjabber.ch**
what kind of prices were you thinking    10:14
as far back as I can remember to the silkroad1 days ive always seen a $1 a piece to be the going rate    10:14

**internet151@swissjabber.ch**
i'd have to analyze the competition and then price accordingly from there    10:15
maybe offer cheaper rates when were starting out    10:15

**LouisXV@swissjabber.ch**
I know the top 4 current vendors are all sitting at $1 a piece    10:15

**internet151@swissjabber.ch**
i thought you said there were no reliable vendors of bars anymore    10:15

**LouisXV@swissjabber.ch**
2 are on vacation    10:16
the other 2 are in stock    10:16
https://www.reddit.com/r/TheBarbarians/search?q=thebarbarians&sort=relevance&restrict_sr=on&t=all    10:16
look on the side bar    10:16

**internet151@swissjabber.ch**
brb sec    10:16

**LouisXV@swissjabber.ch**
we should probably DM the admin of that subreddit at some point and try to get on the sidebar

**GOV-009**

| | |
|---|---|
| 2 are on vacation | 10:16 |
| the other 2 are in stock | 10:16 |
| https://www.reddit.com/r/TheBarbarians/search?q=thebarbarians&sort=relevance&restrict_sr=on&t=all | 10:16 |
| look on the side bar | 10:16 |

**internet151@swissjabber.ch**
brb sec — 10:16

**LouisXV@swissjabber.ch**
we should probably DM the admin of that subreddit at some point and try to get on the sidebar — 10:16

**internet151@swissjabber.ch**
dm? — 10:18

**LouisXV@swissjabber.ch**
Direct message — 10:19

**internet151@swissjabber.ch**
once we get at least a few reviews under our belt sure — 10:19

**LouisXV@swissjabber.ch**
yeah that'd be a good place to advertise also — 10:19
Hey im gonna get this load of laundry then get ready for bed — 10:20
I've gotta be up early to work — 10:20
I'll probably message you noonish, or early afternoon and let you know what's up — 10:20

**internet151@swissjabber.ch**
ok — 10:20

**LouisXV@swissjabber.ch**
talk to you tomorrow — 10:20

**internet151@swissjabber.ch**
seeya — 10:20

You have disconnected — 10:21

GOV-010