



Screen Capture Tool Pro_2015-05-22 14.45.20 (2)

internet151@swissjabber.ch

# DarkNet Stats

## Home ⊕ Market ⊕ Agora ( ↓ )   Notify Me

**Details**

**Last Cached Image**

**503**  This is **Privoxy** 3.0.19 on localhost.localdomain (127.0.0.1), port 8118, enabled

**Forwarding failure**

Privoxy was unable to **socks4a-forward** your request http://agorahooawayyfoe.onion/ through 127.0.0.1: SOCKS request rejected or failed.

Just try again to see if this is a temporary problem, or check your forwarding settings and make sure that all forwarding servers are working correctly and listening where they are supposed to be listening.

**More Privoxy:**
- Privoxy main page
- View & change the current configuration
- View the source code version numbers
- View the request headers
- Look up which actions apply to a URL and why
- Documentation

**Support and Service:**

Details rendered in 0.171628 seconds. is this slow? contact@dnstats.net

**TOR Link**

agorahooawayyfoe.onion ⚭

**Description**

is an invite only darknet market. I
allows finalise early (FE). Check if
USING THIS LINK: http://agorah

| Monitored | Last Online |
|---|---|
| 394 days | 56 minutes ago |

| Registration | Commission |
|---|---|
| By Referral | 4% |

**Prior Security Flaws**

No

| Multisig | 2fa | FE Allowed |
|---|---|---|
| ✖ | ✔ | ✔ |

### Sidebar

🏠 Home

📊 Sites

Markets ( 21 of 30 )

- ↓ Abraxas
- ↓ Absolem
- ↓ Agora
- ↑ Alphabay
- ↓ BlackBank
- ↑ Bloomsfield
- ↑ Crypto Market
- ↑ Dream Market
- ↑ East India Company
- ↑ French Dark Net
- ↑ GotMilk Pharmacy
- ↓ Havana
- ↑ Haven
- ↑ HonestCocaine
- ↑ IDC
- ↑ KISS
- ↑ LONDON UNDERGROUND

### Chat

**LouisXV@swissjabber.ch**
damn                                     2:45
thats crazy                              2:45

**internet151@swissjabber.ch**
heh                                      2:45

**LouisXV@swissjabber.ch**
what are you doing today                 2:45

**internet151@swissjabber.ch**
trading for the next hour then nothing   2:45

**LouisXV@swissjabber.ch**
I just got done working and got home     2:45
for a little bit                         2:45

**internet151@swissjabber.ch**
are you ready to proceed with my plan?   2:46

**LouisXV@swissjabber.ch**
yes but I dont think I can move forward with it as   2:47
fast we discussed the other day

**internet151@swissjabber.ch**
why's that                               2:47

**LouisXV@swissjabber.ch**
Im literally having to earn trust day by day right   2:48
now, I havent been able to be alone for more than a
couple hours since monday

**internet151@swissjabber.ch**
🙁                                        2:48

**LouisXV@swissjabber.ch**
and I may be going out of town with my dad sat–   2:48
mon
I was originally gonna be home alone but not sure   2:48
thats gonna happen anymore

Damn agora is

internet151@swissjabber.ch

GOV-002

**internet151@swissjabber.ch**
oh, yea maybe | 2:53
i'll investigate that today | 2:53

**LouisXV@swissjabber.ch**
ok cool | 2:53
I know a few things we'll need to pick up are like a | 2:53
food vacuum sealer
a printer | 2:54
maybe a dedicated computer for this? | 2:54

**internet151@swissjabber.ch**
we will probably both want dedicated machines | 2:55
running TAILS for running vending
just a cheap laptop should do | 2:55
i'm already familiar with tails so i can set that up | 2:55

**LouisXV@swissjabber.ch**
yeah I have no idea what tails even looks like | 2:56
but im sure I can figure it out | 2:56

**internet151@swissjabber.ch**
yea and i can help you if you have any questions | 2:56

**LouisXV@swissjabber.ch**
im sure its not too complicated | 2:57

**internet151@swissjabber.ch**
it's not | 2:57
do you still want to keep selling to your guy in | 2:58
baton rogue?

**LouisXV@swissjabber.ch**
Im not sure, we'll approach him in the future | 2:59

**internet151@swissjabber.ch** | 2:59
mmk | 2:59

GOV-003

**LouisXV@swissjabber.ch**
be right back taking my dog out to pee | 2:59

**internet151@swissjabber.ch**
for vendor name, did you want to go with xbars?                    3:25

**LouisXV@swissjabber.ch**
yeah if its available                                             3:25
XBars                                                             3:25
XBarz                                                             3:25
XKreloaded                                                        3:25

**internet151@swissjabber.ch**
i think we might need something a little more                     3:25
unique

**LouisXV@swissjabber.ch**
start throwing names out with me                                  3:26
lets brainstorm                                                   3:26
HouseOfXanax                                                      3:27
BarHouse                                                         3:27
what are you thinking                                            3:28

**internet151@swissjabber.ch**
`how about WorldofXanax                                          3:29

**LouisXV@swissjabber.ch**
I like it                                                        3:29
but we should see if the name is available first on              3:29
agora
then register it next on nucleus                                 3:29

**internet151@swissjabber.ch**
i bet that's unique enough to get it on                          3:30
AG/Nuc/reddit
and it sounds cool                                               3:30

**LouisXV@swissjabber.ch**
yeah it does                                                     3:30

LouisXV@swissjabber.c

You have connected                          GOV-004   3:31

**internet151@swissjabber.ch**

internet151@swissjabber.ch

**You have connected**                                          3:31

**internet151@swissjabber.ch**
i'll register the email too and make the pgp keys          3:31
and share that information all with you

**LouisXV@swissjabber.ch**
ok                                                                        3:31
you know im not too good with pgp keys and          3:31
encryption but the first time you show me i'll pick it up

**internet151@swissjabber.ch**
just need agora to come up first then everything        3:31
else will fall into place quickly
it's easy                                                               3:31
i'm about to step away from my computer for a bit    3:33

**LouisXV@swissjabber.ch**
ok how long?                                                        3:33

**internet151@swissjabber.ch**
was thinking at least an hour, why                          3:33

**LouisXV@swissjabber.ch**
ok I might be online I might not, if not i'll talk to      3:34
you tonight

**internet151@swissjabber.ch**
well                                                                      3:34

**LouisXV@swissjabber.ch**
hopefully agora is up then                                      3:34

**internet151@swissjabber.ch**
you can message me through signal anytime            3:34
my phone is with me 24/7                                       3:34

**LouisXV@swissjabber.ch**
ok cool I'll hit you up if I need anything       GOV-005    3:34

**You have disconnected**                                      3:37