**internet151@swissjabber.ch**
ok — 10:53

**LouisXV@swissjabber.ch**
if we can get some of the more well respected people on there to order samples of our product and leave reviews giving us a thumbs up on the forums people tend to follow — 10:53
lol theres a new vendor named USAXanax — 10:54
didnt we throw that name out? — 10:54

**internet151@swissjabber.ch**
i think i saw that actually — 10:54
no — 10:54

**LouisXV@swissjabber.ch**
he — 10:54
hes sellign 100 bars for $200 — 10:54

**internet151@swissjabber.ch**
are people actually paying that much? — 10:55

**LouisXV@swissjabber.ch**
you can ask more for 100 packs — 10:55
I guess — 10:55
with the demand currently — 10:55
I know I wouldnt pay that much — 10:55

GOVERNMENT EXHIBIT **F**

**internet151@swissjabber.ch**
well they still go for a lot more than that on the street — 10:55
so i can see it happening for $2 a bar at this level — 10:56

**LouisXV@swissjabber.ch**
street price is $5 a piece when you buy 1 at a time usually — 10:56
$3 when you get in the 100s — 10:56
but I think We will be safe and make alot of money going $1 a piece at all quantity — 10:56
thats our price set in stone — 10:56

**GOV-001**

> I guess 10:55
> with the demand currently 10:55
> I know I wouldnt pay that much 10:55

**internet151@swissjabber.ch**
> well they still go for a lot more than that on the street 10:55
> so i can see it happening for $2 a bar at this level 10:56

**LouisXV@swissjabber.ch**
> street price is $5 a piece when you buy 1 at a time usually 10:56
> $3 when you get in the 100s 10:56
> but I think We will be safe and make alot of money going $1 a piece at all quantity 10:56
> thats our price set in stone 10:56
> or maybe we get cheaper at 10k? 10:57

**internet151@swissjabber.ch**
> generally what i like to do is see what the competition is doing and just undercut them 10:57
> if were the cheapest vendor at like $1.50 for example there's no reason to go lower 10:57

**LouisXV@swissjabber.ch**
> yeah I agree 10:58

**internet151@swissjabber.ch**
> we'll have to look around and see what the going rate is on darknets 10:58

**LouisXV@swissjabber.ch**
> this downtime really sucks 10:59
> like I hope the stability of the DNM levels out soon 11:00
> or its gonna suck 11:00

**internet151@swissjabber.ch**
> nucleus uptime is good enough 11:00
> but yea hopefully agora stops sucking by the time we get the press moved 11:00

**GOV-002**