> moving forward quickly but I'm just kind of spooked by the amount of law enforcement im having to interact with

**internet151@swissjabber.ch**
> which is why i want to get the press out of there...  11:54
> so were you in jail for the past 3 days?  11:55

**LouisXV@swissjabber.ch**
> I know what you're saying, im trying to think of the best possible way to do this, Its just that I live in a small town, everyone knows who I am, everyone knows my truck, I want to do this as stealthly as possible  11:55
> Yeah the springhill police station jail... about 5 cells  11:55

**internet151@swissjabber.ch**
> i can borrow a truck from my parents  11:55
> if necessary  11:56

**LouisXV@swissjabber.ch**
> ok im just really really spooked, you know what im saying  11:57
> ive been in handcuffs or a cell, majortiy of the last 2 weeks  11:57

**internet151@swissjabber.ch**
> yea i understand  11:57
> i just don't want you to get in any more trouble  11:57
> which is why im trying to get this taken care of  11:57
> before something happens  11:57
> i do have some good news for you at least  11:58

**LouisXV@swissjabber.ch**
> tell me  11:58

**internet151@swissjabber.ch**
> i have WorldofXanax registered on Agora, Agora forums, Alphabay, Alphabay forums, Lelanthos, Nucleus, Nucleus forums, and Reddit  11:59

**GOVERNMENT EXHIBIT G**

**GOV-001**

**LouisXV@swissjabber.ch**
tell me — 11:58

**internet151@swissjabber.ch**
i have WorldofXanax registered on Agora, Agora forums, Alphabay, Alphabay forums, Lelanthos, Nucleus, Nucleus forums, and Reddit — 11:59

**LouisXV@swissjabber.ch**
that is wonderful — 12:00
I just checking dnm stats and saw agora was down — 12:00
I was wondering what you were up to while I was in jail — 12:00

**internet151@swissjabber.ch**
yea agora has been down a shitload — 12:00
it was hard as fuck getting registered there — 12:00
catching agora up was quite a challenge — 12:00

**LouisXV@swissjabber.ch**
did you use the same password for everything? — 12:00

**internet151@swissjabber.ch**
no — 12:01

**LouisXV@swissjabber.ch**
ok good — 12:01

**internet151@swissjabber.ch**
25 digit generated unique password for each account — 12:01

**LouisXV@swissjabber.ch**
that sounds legit — 12:01

**internet151@swissjabber.ch**
i know my security 😜 — 12:01
all i got left to do is register on USPS's site, grab a printer, and get the press moved — 12:02
and were pretty much good to go — 12:02

**GOV-002**

**LouisXV@swissjabber.ch**
- just say I've been really busy graduating with school at LSU and transitioning into moving and closing things up in Baton Rouge — 12:10
- Thats what I was gonna tell your dad I just graduated — 12:10
- and was looking for a temporary place in shreveport — 12:10

**internet151@swissjabber.ch**
- oh ok — 12:10

**LouisXV@swissjabber.ch**
- can I log into the agora account? — 12:10
- its up right now — 12:10

**internet151@swissjabber.ch**
- uhh sure — 12:10
- what for — 12:10

**LouisXV@swissjabber.ch**
- oh wait did you get approved as a vendor on the forums? — 12:10
- I wanna access the vendor part of the forums and see whats going on in there — 12:11

**internet151@swissjabber.ch**
- not yet i havn't moved forward with any of that yet — 12:11
- since you went MIA — 12:11

**LouisXV@swissjabber.ch**
- im not even sure how you go about that — 12:11
- yeah im sorry about that — 12:11
- I really wish I wouldve texted you before I went in for questioning — 12:11

**internet151@swissjabber.ch**
- any update from your GF or any of your friends in baton rogue? — 12:11

**GOV-003**