*MICHAEL and RANDALL LORD*
*1000267995*
*Bank Deposits Summary Sheets*

| Bank | Date Range | Total Deposits |
|---|---|---|
| QUANTUM HEALTH<br>Bank of America - ▉6828 | 5/1/14 - 6/30/14 | $81,925.97 |
| QUANTUM HEALTH<br>WELLS FARGO - ▉0772 | 3/1/14 -4/30/14 | $96,250.19 |
| MICHAEL LORD<br>WELLS FARGO - ▉3621 | 4/1/14 - 6/30/14 | $126,992.70 |
| MICHAEL LORD<br>BANK OF INTERNET - ▉6880 | 5/1/14 - 8/31/14 | $12,260.00 |
| RANDALL LORD<br>BANK OF INTERNET - ▉1311 | 4/1/14 - 8/31/14 | $10,840.00 |
| MICHAEL LORD<br>Chase - ▉1718 | 1/1/14 - 10/17/14 | $469,678.67 |
| JEWELLA CHIROPRACTIC CLINIC<br>Chase - ▉2058 | 10/1/13 - 8/30/14 | $984,589.25 |
| CRYPTO PROCESSING SOLUTIONS<br>Regions - ▉7016 | 6/23/14 - 11/30/14 | $225,346.56 |
| QUANTUM HEALTH<br>Regions - ▉7040 | 6/23/14 - 11/30/14 | $195,572.91 |
| JEWELLA CHIROPRACTOR<br>Regions - ▉2860 | 8/20/14 - 10/31/14 | $105,743.57 |
| CRYPTO PROCESSING SOLUTIONS<br>Citibank - ▉1926 | 9/1/14 - 10/31/14 | $101,322.63 |
| DATA SECURITY LLC<br>Citibank - ▉1971 | 9/1/14 - 10/31/14 | $51,232.36 |
| PELICAN MINING<br>Citibank - ▉1942 | 9/1/14 - 10/31/14 | $57,643.31 |
| QUANTUM HEALTH<br>Citibank - ▉1939 | 9/1/14 - 10/31/14 | $65,306.70 |
| CRYPTO PROCESSING SOLUTIONS<br>Bank of America - ▉9252 | 5/1/14 - 6/30/14 | $71,786.60 |
| | Total Deposits | $2,656,491.4 |



**GOVERNMENT**
**EXHIBIT**

**H**