UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

**CERTIFICATION OF RESPONSE TO SUBPOENA**

PARISH/COUNTY OF _Rusk_____

STATE OF _____Texas_____

Response of _Citizens National_____
_____Bank_____
to Subpoena dated ____11-6-2015_____

_Rita Smith_____, being first duly sworn on oath, makes the
(Name of Affiant) following response to the subpoena described above.

Affiant is ____SVP_____ of _Citizens National Bank_____
                      (Title)                          (Name of Company)
_201 W Main  P.O.Box 1009 Henderson  x75652_____
                  (Name, address, and telephone number of company continued)
and has read the above-described subpoena in its entirety.     _903-657-8521 X5217_

  I HEREBY CERTIFY that I have caused to be made a search of the files and records of
_____Citizens National Bank_____
                                   (Name of Company)
in order to comply with the above-described subpoena.  I also  certify that the exhibits listed
on the attached sheet(s) and accompanying this response are, to the best of my knowledge
and belief, all of the documents fitting the description of documents called for in said
subpoena and in the possession of _
_____Citizens National Bank_____
                                   (Name of Company)

  I FURTHER CERTIFY that the information contained in these records were (A) made at
or near the time of the occurrence of the matters set forth by, or from information
transmitted by, a person with knowledge of those matters; (B) kept in the course of
regularly conducted activity; and (C) made by the regularly conducted activity as a regular
practice.

  I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/13/15_____.

-----------------------------------
                                   AFFIANT

GOVERNMENT
EXHIBIT
L

**CNB2-001**

10-6-15     Debbie Davis

CITIZENS NATIONAL BANK
WASKOM BRANCH
SPUR 156/P.O. BOX 668
WASKOM, TX 75692-0668

**Account Owner's Name & Address**
RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT, LA 71106-7684

☒ The types of accounts provided by Texas law have been disclosed on the separate Single-Party or Multiple-Party Account Selection Form Notice (Selection Form Notice), on which the undersigned have initialed to designate the ownership type selected. The undersigned acknowledge(s) receipt of a copy of the completed Selection Form Notice.

☐ ☐ OTHER _____

**Signature(s).** The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

| | | |
|---|---|---|
| ☒ Terms & Conditions | ☒ Truth in Savings | ☒ Funds Availability |
| ☒ Electronic Fund Transfers | ☒ Privacy | ☒ Substitute Checks |
| ☒ Common Features | ☒ ACCT | |

**Ownership of Account - Business Purpose**

☒ Sole Proprietorship or Single Member LLC    ☐ Partnership
☐ LLC-enter tax classification ( ☐ C Corp    ☐ S Corp    ☐ Partnership)
☐ C Corporation    ☐ S Corporation
Authorization Dated: _____

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Account Number and Description | Initial Deposit/Source |
|---|---|
| Acct. No.: 1081383698 | $ 100.00    ☐ cash |
| BASIC BUSINESS CHECKI | ☐ check ☐ _____ |
| Acct. No.: | $ _____    ☐ cash |
| | ☐ check ☐ _____ |
| Acct. No.: | $ _____    ☐ cash |
| | ☐ check ☐ _____ |

(1): [ x *Randall B Lord* ]
RANDALL B LORD
I.D. # 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    D.O.B. 12/10/1957

(2): [ x *Michael Lord* ]
MICHAEL A LORD
I.D. # 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    D.O.B. 6/14/1986

**Account Name:** BASIC BUSINESS CHECKING

☐ This is a Temporary account agreement.

(3): [ x _____ ]
I.D. # _____    D.O.B. _____

(4): [ x _____ ]
I.D. # _____    D.O.B. _____

**Backup Withholding Certifications**
(if not a "U.S. Person", certify foreign status separately)

☒ By signing signature field (1) on this document, I certify under penalties of perjury that the statements made in this section are true and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

☒ Taxpayer I.D. Number - TIN: 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
The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ Backup Withholding. I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients. I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

FATCA Code. The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

☐ The person(s) named below are Convenience Signers only (not owners)

[ x _____ ]
I.D. # _____    Other _____

[ x _____ ]
I.D. # _____    Other _____

**Additional Terms:**

Signature Card-TX
Bankers Systems™ VMP®
Wolters Kluwer Financial Services ©2015

WPSC-LAZ-TX 7/1/2015
Page 1 of 1

**CNB2-002**

**SOLE PROPRIETORSHIP RESOLUTION OF AUTHORITY**

CITIZENS NATIONAL BANK
WASKOM BRANCH
SPUR 156/P.O. BOX 668
WASKOM, TX 75692-0668

By:   RANDALL B LORD
      DBA QUANTUM HEALTH    *1081383698*
      10022 WINDING RIDGE DR
      SHREVEPORT, LA 71106-7684

Referred to in this document as "Financial Institution"              Referred to in this document as "Proprietorship"

I, _Randall B. Lord_____ , certify that I am the sole owner of the above named proprietorship, Federal Tax I.D. Number _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_ , engaged in business under the trade name of _Quantum Health_ .

AGENTS  Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| | Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|---|
| A. | RANDALL B LORD | x _Randall B. Lord_ | x _____ |
| B. | MICHAEL A LORD | x _Michael Lord_ | x _____ |
| C. | _____ | x _____ | x _____ |
| D. | _____ | x _____ | x _____ |
| E. | _____ | x _____ | x _____ |
| F. | _____ | x _____ | x _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| AB | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Proprietorship. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Proprietorship, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Proprietorship as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS**  The following are the Proprietorship's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS**  This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**  I further certify that the Proprietorship has, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the person named who have full power and lawful authority to exercise the same.

Optional Notarization:

Subscribed and sworn to before me this

_____ day of _____

_____

_____ Notary Public

In Witness Whereof I have subscribed my name to this document
on __10-6-15__ (date).

_Randall B. Lord_

_____ (Type Name of Proprietor Below Signature)

CNB2-003

Vision Archive Print: Set 1 of 1

Page 1 of 1

**NEW ACCOUNT DEPOSIT TICKET**

DATE 10 - 6 -15

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

| CURRENCY | 100 | 00 |
| COIN | | |
| CHECKS | | |
| TOTAL from reverse side | | |
| TOTAL DEPOSIT | 100 | 00 |

USE OTHER SIDE FOR
ADDITIONAL LISTING.
BE SURE EACH ITEM IS
PROPERLY ENDORSED.
TOTAL ITEMS

Randall Lord
DBA Quantum Health

CITIZENS NATIONAL BANK
Member FDIC

⑆111903151⑆ ⑈1081383698⑈

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

Date:10-06-2015 Account:1081383698 Amount:$100.00 Sequence:23326570 TR:111903151 Serial:0 TranCode:20
Capture Sequence:8003457370

HND 4030-0804 (10/13)

CTIP-1

## CASH IN TICKET
## TELLER NO.

CITIZENS NATIONAL BANK
WASKOM BRANCH

### 804

100.00

#0014CASHIN

8 0804 10/06/15 01:47P   ⑈^ 1091383698

⑆6666⑈0000⑆ 0080804⑈

Date:10-06-2015 Account:80804 Amount:$100.00 Sequence:23326580 TR:66660000 Serial:0 TranCode:90
Capture Sequence:8003457380

**CNB2-004**



Date:11-03-2015 Account:1081383698 Amount:$100.00 Sequence:27221220 TR:51111111 Serial:0 TranCode:20
Capture Sequence:8003596040

CASH IN TICKET
TELLER NO.

HND 4030-0803 (10/14)                                                                          CTIP-1

CITIZENS NATIONAL BANK
WASKOM BRANCH                                  803

100.00

#0038CASHIN
8 0803 11/03/15 10:11A        ⊀ 1081383698

⑈6666⑉0000⑈ 0080803⑈

Date:11-03-2015 Account:80803 Amount:$100.00 Sequence:27221230 TR:66660000 Serial:0 TranCode:90
Capture Sequence:8003596050

**CNB2-005**

Vision Archive Print: Set 1 of 1                                    Page 1 of 11



Date:10-29-2015 Account:1081383698 Amount:$61,183.34 Sequence:74782550 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Date:10-29-2015 Account:1081383698 Amount:$61,183.34 Sequence:74782550 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Date:10-27-2015 Account:1081383698 Amount:$84,845.00 Sequence:74610100 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

CNB2-006

Vision Archive Print: Set 1 of 1                                       Page 2 of 11



Date:10-27-2015 Account:1081383698 Amount:$84,845.00 Sequence:74610100 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0



Date:10-20-2015 Account:1081383698 Amount:$92,497.66 Sequence:74085620 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0



Date:10-20-2015 Account:1081383698 Amount:$92,497.66 Sequence:74085620 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

CNB2-007

Vision Archive Print: Set 1 of 1                                    Page 3 of 11



Date:10-22-2015 Account:1081383698 Amount:$63,839.15 Sequence:74271130 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0



Date:10-22-2015 Account:1081383698 Amount:$63,839.15 Sequence:74271130 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Date:10-15-2015 Account:1081383698 Amount:$32,156.31 Sequence:73670080 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

CNB2-008

Vision Archive Print: Set 1 of 1                                              Page 4 of 11



Date:10-15-2015 Account:1081383698 Amount:$32,156.31 Sequence:73670080 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0



Date:10-16-2015 Account:1081383698 Amount:$37,397.99 Sequence:73788620 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0



Date:10-16-2015 Account:1081383698 Amount:$37,397.99 Sequence:73788620 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

CNB2-009



Randall Lord
10042 Wildlin Ridge Dr.
Shreveport, LA 71106

DATE 10-13-2015

PAY TO THE ORDER OF _Pelican Mining_ _____ $ 85,809.62

_Eighty five thousand eight hundred nine + 62/100_ _____ DOLLARS

CITIZENS NATIONAL BANK

FOR _____ Michael Lord

⑆111903151⑆ ⑈1081383698⑈

Date:10-14-2015 Account:1081383698 Amount:$85,809.62 Sequence:73567250 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Date:10-14-2015 Account:1081383698 Amount:$85,809.62 Sequence:73567250 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

DATE 10-22-15

PAY TO THE ORDER OF _Pelican Mining_ _____ $ 38,990.04

_Thirty Eight Thousand Nine Hundred Ninty and 04/xx_ _____ DOLLARS

CITIZENS NATIONAL BANK

FOR _____

⑆111903151⑆ ⑈1081383698⑈

Date:10-23-2015 Account:1081383698 Amount:$38,990.04 Sequence:74348970 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

CNB2-010



Date:10-23-2015 Account:1081383698 Amount:$38,990.04 Sequence:74348970 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0



Date:10-06-2015 Account:1081383698 Amount:$100.00 Sequence:23326570 TR:111903151 Serial:0 TranCode:20
Capture Sequence:8003457370

Date:10-06-2015 Account:1081383698 Amount:$100.00 Sequence:23326570 TR:111903151 Serial:0 TranCode:20
Capture Sequence:8003457370

CNB2-011

Vision Archive Print: Set 1 of 1                                                                 Page 7 of 11



Randall Lord
16022 Winding Ridge Dr.
Shreveport, La. 71104

DATE 10-23-15

PAY TO THE ORDER OF  Pelican Mining                                                    $ 45,628.15

Forty Five Thousand Six Hundred Twenty Eight and 15/xx  DOLLARS

CITIZENS NATIONAL BANK

FOR

⑆111903151⑆ ⑈1081383698⑈

Date:10-26-2015 Account:1081383698 Amount:$45,628.15 Sequence:74458530 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Date:10-26-2015 Account:1081383698 Amount:$45,628.15 Sequence:74458530 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Quantum Health
10022 Winding Ridge Dr.
Shreveport, LA 71106

DATE 10-29-15

PAY TO THE ORDER OF  Fifty Pelican Mining                                              $ 52,511.45

Fifty Two Thousand Five Hundred Eleven and 45/xx  DOLLARS

CITIZENS NATIONAL BANK

FOR

⑆111903151⑆ ⑈1081383698⑈

Date:10-30-2015 Account:1081383698 Amount:$52,511.45 Sequence:74864090 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

CNB2-012

Vision Archive Print: Set 1 of 1                                    Page 8 of 11



Date:10-30-2015 Account:1081383698 Amount:$52,511.45 Sequence:74864090 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Name _Quantum Health_

Account No _108138698_

DATE _10-30-15_

PAY TO THE ORDER OF _Pelican Mining_                         $ _72,389 00_

_Seventy Two Thousand Three Hundred Eighty Nine and 00/xxx_   DOLLARS

**CITIZENS NATIONAL BANK**
Jefferson, TX 75657
903-665-6821 or 877-566-2821
Member FDIC

FOR _____

⑈111903151⑈ ⑈108138698⑈

Date:11-02-2015 Account:1081383698 Amount:$72,389.00 Sequence:75002380 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0



Date:11-02-2015 Account:1081383698 Amount:$72,389.00 Sequence:75002380 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

CNB2-013



Name *Quantum Health*
Account No 108 1383698
10022 Whispering Ridge Dr
Shreveport LA 71106

DATE 11-2-15

PAY TO THE ORDER OF *Pelican Mining*          $ 45,332 95

*Fourty Five and Three Hundred Thirty Two and 95/xx* ——— DOLLARS

CITIZENS NATIONAL BANK
Jefferson, TX 75657
903-867-5611 or 877-566-2621
Member FDIC

FOR

⑈111903151⑈ ⑆1081383698⑈

Date:11-03-2015 Account:1081383698 Amount:$45,332.95 Sequence:75184350 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Date:11-03-2015 Account:1081383698 Amount:$45,332.95 Sequence:75184350 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Name *Quantum Health*
Account No
10022 Whispering Ridge Dr.

DATE 11-5-15

PAY TO THE ORDER OF *Pelican Mining*          $ 50,833 29

*Fifty Thousand Eighty Hundred Thirty Three and 29/xx* ——— DOLLARS

CITIZENS NATIONAL BANK
Jefferson, TX 75657
903-867-5611 or 877-566-2621
Member FDIC

FOR

⑈111903151⑈ ⑆1081383698⑈

Date:11-06-2015 Account:1081383698 Amount:$50,833.29 Sequence:75476890 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

CNB2-014



Date:11-06-2015 Account:1081383698 Amount:$50,833.29 Sequence:75476890 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0



Date:11-03-2015 Account:1081383698 Amount:$100.00 Sequence:27221220 TR:51111111 Serial:0 TranCode:20
Capture Sequence:8003596040

CNB2-015



Date:11-03-2015 Account:1081383698 Amount:$100.00 Sequence:27221220 TR:51111111 Serial:0 TranCode:20
Capture Sequence:8003596040



Date:11-05-2015 Account:1081383698 Amount:$64,574.30 Sequence:75387030 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

Date:11-05-2015 Account:1081383698 Amount:$64,574.30 Sequence:75387030 TR:111903151 Serial:0 TranCode:90
Capture Sequence:0

CNB2-016



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 530-5303

www.cnbtexas.com

RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT LA 71106-7684

|||ıılıı||ıllll||ıl|ıl||ıl|ılıl|ılıl||ıl

Page:        1

Account Number:      1081383698
Statement Date:        10/30/15
Checks/Items Enclosed:      11

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com
Member FDIC

BASIC BUSINESS CHECKING          RANDALL B LORD                    Acct  1081383698
                                 DBA QUANTUM HEALTH

        Beginning Balance    10/06/15              .00
        Deposits / Misc Credits      15      668,727.71
        Withdrawals / Misc Debits    12      595,838.71
     ** Ending Balance       10/31/15        72,889.00  **
        Service Charge                            .00

        Enclosures                                11

- - - - - - - - - - -          MISCELLANEOUS DEBITS & CREDITS          - - - - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|------|---------------------|----------|-------------|
| 10/06 | DEPOSIT | 100.00 | |
| 10/13 | TSYS/PYMT PROC | 51,292.00 | |
| 10/13 | TSYS/PYMT PROC | 35,417.62 | |
| 10/13 | TSYS/PYMT PROC | | 500.00 |
| 10/14 | TSYS/PYMT PROC | 32,156.31 | |
| 10/14 | CHECK | | 85,809.62 |
| 10/15 | TSYS/PYMT PROC | 37,397.99 | |
| 10/15 | CHECK | | 32,156.31 |
| 10/16 | CHECK | | 37,397.99 |
| 10/19 | TSYS/PYMT PROC | 50,320.93 | |
| 10/19 | TSYS/PYMT PROC | 42,176.73 | |
| 10/20 | CHECK | | 92,497.66 |
| 10/21 | TSYS/PYMT PROC | 63,839.15 | |
| 10/22 | TSYS/PYMT PROC | 38,990.04 | |
| 10/22 | CHECK | | 63,839.15 |
| 10/23 | TSYS/PYMT PROC | 45,628.15 | |



NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE



Member
FDIC

CNB2-017

```
                                                              Page:       2

              RANDALL B LORD                      Account Number:     1081383698
                                                  Statement Date:      10/30/15


    – – – – – – – – – – – – – –      MISCELLANEOUS DEBITS & CREDITS    – – – – – – – – – – – – – –

    Date  Activity Description                           Deposits  Withdrawals

    10/23  CHECK                                                     38,990.04
    10/26  TSYS/PYMT PROC                                47,123.00
    10/26  TSYS/PYMT PROC                                37,722.00
    10/26  CHECK                                                     45,628.15
    10/27  MERCH BANKCARD/NET SETLMT                                    480.00
           MERCH BANKCARD  NET SETLMT   52000061932
           6     QUANTUM HEALTH          82
    10/27  CHECK                                                     84,845.00
    10/28  TSYS/PYMT PROC                                61,663.34
    10/29  TSYS/PYMT PROC                                52,511.45
    10/29  CHECK                                                     61,183.34
    10/30  TSYS/PYMT PROC                                72,389.00
    10/30  CHECK                                                     52,511.45


    – – – – – – – – – – – – – –          DAILY BALANCE SUMMARY         – – – – – – – – – – – – – –

    Date      Balance        Date       Balance        Date       Balance

    10/06        100.00     10/19     92,997.66        10/26     85,345.00
    10/13     86,309.62     10/20        500.00        10/27        20.00
    10/14     32,656.31     10/21     64,339.15        10/28     61,683.34
    10/15     37,897.99     10/22     39,490.04        10/29     53,011.45
    10/16        500.00     10/23     46,128.15        10/30     72,889.00
```

CNB2-018

**Account   1081383698        DATE**            **CNB – Image Statement        Page 3 of 3**



Deposit, Amount $100.00  Date 10/6/2015



Check 0, Amount $85,809.62  Date 10/14/2015



Check 0, Amount $32,156.31  Date 10/15/2015



Check 0, Amount $37,397.99  Date 10/16/2015



Check 0, Amount $92,497.66  Date 10/20/2015



Check 0, Amount $63,839.15  Date 10/22/2015



Check 0, Amount $38,990.04  Date 10/23/2015



Check 0, Amount $45,628.15  Date 10/26/2015



Check 0, Amount $84,845.00  Date 10/27/2015



Check 0, Amount $61,183.34  Date 10/29/2015



Check 0, Amount $52,511.45  Date 10/30/2015

CNB2-019

CITIZENS NATIONAL BANK
WASKOM BRANCH
SPUR 156/P.O. BOX 668
WASKOM, TX 75692-0668

| ACCOUNT NUMBER | 1081384716 |
| --- | --- |

**ACCOUNT OWNER(S) NAME & ADDRESS**
RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT, LA 71106-7684

**OWNERSHIP OF ACCOUNT - CONSUMER** (Select one by placing your initials next to account selected.)
UNIFORM SINGLE-PARTY OR MULTIPLE-PARTY ACCOUNT SELECTION FORM NOTICE: THE TYPE OF ACCOUNT YOU SELECT MAY DETERMINE HOW PROPERTY PASSES ON YOUR DEATH. YOUR WILL MAY NOT CONTROL THE DISPOSITION OF FUNDS HELD IN SOME OF THE FOLLOWING ACCOUNTS.

☐ _____ SINGLE-PARTY ACCOUNT WITHOUT "P.O.D." (Payable on Death) DESIGNATION

☐ _____ SINGLE-PARTY ACCOUNT WITH "P.O.D." (Payable on Death) DESIGNATION

☐ _____ MULTIPLE-PARTY ACCOUNT WITHOUT RIGHT OF SURVIVORSHIP

☐ _____ MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP

☐ _____ MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND "P.O.D." (Payable on Death) DESIGNATION

☐ _____ CONVENIENCE ACCOUNT

☐ _____ TRUST ACCOUNT (name beneficiaries below)

☐ _____ TRUST ACCOUNT SUBJECT TO SEPARATE AGREEMENT

DATED: _____

☐ _____ OTHER _____

NAME OR NAMES OF BENEFICIARIES:

DATE OPENED _____ 03/19/2015 _____ BY _ABRITT_
INITIAL DEPOSIT $ _100.00_
☐ CASH   ☐ CHECK _____
HOME TELEPHONE # _318-400-9499_
DRIVER'S LICENSE # _LA:004115185_
E-MAIL _____
EMPLOYER _____
BUSINESS PHONE # _____
Name and address of someone who will always know your location: _____

Number of signatures required for withdrawal _001_
FACSIMILE SIGNATURE(S) ALLOWED? ☐ YES ☒ NO

[ x _____ ]

SIGNATURE(S) - The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):
☒ Terms & Conditions ☒ Truth in Savings ☒ Funds Availability
☒ Electronic Fund Transfers ☒ Privacy ☒ Substitute Checks
☒ Common Features ☒ ADD SIGNER

(1): [ x _Paul P. L_ ]
RANDALL B LORD
I.D. # _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_   Other _12/10/1957_

(2): [ x _Michael Lord_ ]
MICHAEL A LORD
I.D. # _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_   Other _6/14/1986_

(3): [ x _____ ]
I.D. # _____   Other _____

(4): [ x _____ ]
I.D. # _____   Other _____

☐ The person(s) named below are Convenience Signers only (not owners)

[ x _____ ]
I.D. # _____   Other _____

[ x _____ ]
I.D. # _____   Other _____

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**
☒ SOLE PROPRIETORSHIP   ☐ LIMITED LIABILITY COMPANY
☐ CORPORATION:   ☐ FOR PROFIT   ☐ NOT FOR PROFIT
☐ PARTNERSHIP   ☐ _____
BUSINESS: _____
COUNTY & STATE OF ORGANIZATION: _____
AUTHORIZATION DATED: _____

| TYPE OF ACCOUNT | ☐ NEW | ☒ EXISTING |
| --- | --- | --- |
| | ☒ CHECKING | ☐ SAVINGS |
| | ☐ MONEY MARKET | ☐ CERTIFICATE OF DEPOSIT |
| | ☐ NOW | |

ACCOUNT NAME: _BASIC BUSINESS CHECKING_
☐ This is a Temporary account agreement.

**BACKUP WITHHOLDING CERTIFICATIONS**
TIN: _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_
☒ TAXPAYER I.D. NUMBER - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.
☒ BACKUP WITHHOLDING - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
☐ EXEMPT RECIPIENTS - I am an exempt recipient under the Internal Revenue Service Regulations.
SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).
X _Paul P. L_   _7-2-15_
RANDALL B LORD   (Date)

Signature Card-TX
Bankers Systems™
Wolters Kluwer Financial Services © 1992, 2009

MPSC-LAZ-TX 10/1/2009
Page 1 of 1

CNB2-020

**SOLE PROPRIETORSHIP RESOLUTION OF AUTHORITY**

NO 86384716

CITIZENS NATIONAL BANK
WASKOM BRANCH
SPUR 156/P.O. BOX 668
WASKOM, TX 75692-0668

By: RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT, LA 71106-7684

Referred to in this document as "Financial Institution"          Referred to in this document as "Proprietorship"

I, RANDALL B LORD _____ , certify that I am the sole owner of the above named proprietorship, Federal Tax I.D. Number 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 _____ , engaged in business under the trade name of QUANTUM HEALTH _____ .

AGENTS  Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. RANDALL B LORD | x _Randall B Lord_ | x _____ |
| B. MICHAEL A LORD | x _Michael Lord_ | x _____ |
| C. _____ | x _____ | x _____ |
| D. _____ | x _____ | x _____ |
| E. _____ | x _____ | x _____ |
| F. _____ | x _____ | x _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| AB | (1) Exercise all of the powers listed in this resolution. | _____ |
| _____ | (2) Open any deposit or share account(s) in the name of the Proprietorship. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Proprietorship, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Proprietorship as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ _____ | _____ |

**LIMITATIONS ON POWERS**  The following are the Proprietorship's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS**  This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**  I further certify that the Proprietorship has, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the person named who have full power and lawful authority to exercise the same.

Optional Notarization:

Subscribed and sworn to before me this

_____ day of _____ .

_____
Notary Public

In Witness Whereof I have subscribed my name to this document on _____ (date).

_Randall B Lord_

RANDALL B LORD
(Type Name of Proprietor Below Signature)

Experts  ©1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form SPR-1  5/1/2003

(page 1 of 2)

CNB2-021

Vision Archive Print: Set 1 of 1                                              Page 1 of 2



Date:06-30-2015 Account:1041166646 Amount:$3,752.50 Sequence:29020790 TR:51111111 Serial:1144248 TranCode:20
Capture Sequence:8002972920



Date:06-30-2015 Account:1041166646 Amount:$3,752.50 Sequence:29020790 TR:51111111 Serial:1144248 TranCode:20
Capture Sequence:8002972920

CNB2-022

Vision Archive Print: Set 1 of 1                                                         Page 2 of 2

CITIZENS *National* BANK

**MISCELLANEOUS DEBIT**

ACCOUNT NUMBER

1081384716

DATE 6-30-15   BY

WE HAVE TODAY DEBITED THE BELOW DESCRIBED ITEM(S) TO YOUR ACCOUNT

AMOUNT

CUSTOMER'S SIGNATURE

NAME Randall Lord DBA Quantum Health

ADDRESS 10022 Winding Ridge Dr.

CITY Shreveport LA 71106

TOTAL   3 752 50

⑆2222⑈0000⑆

Date:06-30-2015 Account:1081384716 Amount:$3,752.50 Sequence:29020800 TR:22220000 Serial:0 TranCode:90
Capture Sequence:8002972930

Citizens Natl.    >111903151<
06302015
8002972930

CNB >111903151< 000008002972930 06302015

Date:06-30-2015 Account:1081384716 Amount:$3,752.50 Sequence:29020800 TR:22220000 Serial:0 TranCode:90
Capture Sequence:8002972930

CNB2-023

Vision Archive Print: Set 1 of 1                                                    Page 1 of 2



Date:06-25-2015 Account:1041166646 Amount:$5,804.48 Sequence:28391200 TR:51111111 Serial:1144235 TranCode:20
Capture Sequence:8002951840



Date:06-25-2015 Account:1041166646 Amount:$5,804.48 Sequence:28391200 TR:51111111 Serial:1144235 TranCode:20
Capture Sequence:8002951840

CNB2-024

Vision Archive Print: Set 1 of 1                                                      Page 2 of 2

CITIZENS *National* BANK

**MISCELLANEOUS DEBIT**
ACCOUNT NUMBER
1 0 8 1 3 2 4 7 1 6

DATE 6-25-15   BY BMagdaleno

WE HAVE TODAY DEBITED THE BELOW DESCRIBED ITEM(S) TO YOUR ACCOUNT         AMOUNT

CUSTOMER SIGNATURE: Randall Lord

NAME Randall Lord
ADDRESS 10022 Winding Ridge          TOTAL
CITY Shreveport LA 71106                    5804 48

⑆2222⑈0000⑆

Date:06-25-2015 Account:1081384716 Amount:$5,804.48 Sequence:28391210 TR:22220000 Serial:0 TranCode:90
Capture Sequence:8002951850

Citizens Natl.     >111903151<
06252015
8002951850

CNB >111903151< 000008002951850 06252015

Date:06-25-2015 Account:1081384716 Amount:$5,804.48 Sequence:28391210 TR:22220000 Serial:0 TranCode:90
Capture Sequence:8002951850

CNB2-025

Vision Archive Print: Set 1 of 1                                                          Page 1 of 2



Date:07-21-2015 Account:1081384716 Amount:$300.00 Sequence:22238660 TR:51111111 Serial:0 TranCode:20
Capture Sequence:8003081690

Date:07-21-2015 Account:1081384716 Amount:$300.00 Sequence:22238660 TR:51111111 Serial:0 TranCode:20
Capture Sequence:8003081690

**CNB2-026**

HND 4030-0608 (10/13)

CTIP-1
18 DMH

# CASH IN TICKET
## TELLER NO.

CITIZENS NATIONAL BANK
WASKOM BRANCH

## 808

300.00

#0012CASHIN
8 0808 07/21/15 12:34P   ⁑ 1081384716

⑈6666⑈0000⑈ 0080808⑈

Date:07-21-2015 Account:80808 Amount:$300.00 Sequence:22238670 TR:66660000 Serial:0 TranCode:90
Capture Sequence:8003081700

Citizens Natl.   >111903151<
07212015
8003081700

CNB >111903151< 000088003081700 07212015

Date:07-21-2015 Account:80808 Amount:$300.00 Sequence:22238670 TR:66660000 Serial:0 TranCode:90
Capture Sequence:8003081700

CNB2-027

Vision Archive Print: Set 1 of 1                                                    Page 1 of 3



Date:07-02-2015 Account:1041166646 Amount:$792.94 Sequence:29477050 TR:51111111 Serial:1144254 TranCode:20
Capture Sequence:8002988790



Date:07-02-2015 Account:1041166646 Amount:$792.94 Sequence:29477050 TR:51111111 Serial:1144254 TranCode:20
Capture Sequence:8002988790

CNB2-028

**CREDIT**

*M O Fee*

GENERAL LEDGER
HND 5001 (R 11/07)

ACCOUNT TITLE

| | BRANCH # | CENTER | ACCOUNT NUMBER |
|---|---|---|---|

DATE *7/2/15*

0 0 0 8 0 0 0 / 0 6 / / 6 0 0 0

PREPARED BY

APPROVED BY

DESCRIPTION: *Cashier's Check #/144254*   792.94

OFFSET/
CONTRA ENTRY:            DEPT. NO.            *5 0 0*

⑆54 ⑆ 10000⑆⑇

Date:07-02-2015 Account:8000106116000 Amount:$5.00 Sequence:29477060 TR:542100001 Serial:0 TranCode:20
Capture Sequence:8002988800

Citizens Natl.   >111903151<
07022015
8002988800

CNB >111903151< 000008002988800 07022015

Date:07-02-2015 Account:8000106116000 Amount:$5.00 Sequence:29477060 TR:542100001 Serial:0 TranCode:20
Capture Sequence:8002988800

**CNB2-029**

CITIZENS *National* BANK

DATE 7-2-15   BY

**MISCELLANEOUS DEBIT**
ACCOUNT NUMBER
1 0 8 1 3 8 4 7 1 6

WE HAVE TODAY DEBITED THE BELOW DESCRIBED ITEM(S) TO YOUR ACCOUNT

AMOUNT
797 94 RL

CUSTOMER SIGNATURE:

NAME Randall Lord DBA Quantum Health
ADDRESS 10022 Windleg Ridge Dr
CITY Shreveport LA 7/106

TOTAL
797 94 RL

⑆2222⑈0000⑈

Date:07-02-2015 Account:1081384716 Amount:$797.94 Sequence:29477070 TR:22220000 Serial:0 TranCode:90
Capture Sequence:8002988810

Citizens Natl.   >111903151<
07022015
8002988810

CNB >111903151< 000008002988810 07022015

Date:07-02-2015 Account:1081384716 Amount:$797.94 Sequence:29477070 TR:22220000 Serial:0 TranCode:90
Capture Sequence:8002988810

CNB2-030

Vision Archive Print: Set 1 of 1                                          Page 1 of 2



Date:08-27-2015 Account:1081384716 Amount:$191.70 Sequence:27487280 TR:51111111 Serial:0 TranCode:20
Capture Sequence:8003261750



Date:08-27-2015 Account:1081384716 Amount:$191.70 Sequence:27487280 TR:51111111 Serial:0 TranCode:20
Capture Sequence:8003261750

CNB2-031

HND 4030-0803 (1/14)

**CASH IN TICKET**
**TELLER NO.**

CTIP-1

**CITIZENS NATIONAL BANK**
WASKOM BRANCH

**803**

191.70

HO047CASHIN
8 0803 08/27/15 12:00P       ⍟ 1061384716

⑆6666⑈0000⑉ 008080 3⑈

Date:08-27-2015 Account:80803 Amount:$191.70 Sequence:27487290 TR:66660000 Serial:0 TranCode:90
Capture Sequence:8003261760

Citizens Natl.   >111903151<
08272015
**8003261760**

CNB->111903151<-000008003261760-08272015

Date:08-27-2015 Account:80803 Amount:$191.70 Sequence:27487290 TR:66660000 Serial:0 TranCode:90
Capture Sequence:8003261760

**CNB2-032**



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 530-5303

*www.cnbtexas.com*

RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT LA 71106-7684

Page:          1

Account Number:    1081384716
Statement Date:       5/01/15
Checks/Items Enclosed:    0

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com
Member FDIC

| BASIC BUSINESS CHECKING | | RANDALL B LORD | | Acct  1081384716 |
| | | DBA QUANTUM HEALTH | | |

|  | | | |
| --- | --- | --- | --- |
| Beginning Balance | 4/06/15 | 100.00 | |
| Deposits / Misc Credits | 4 | 486.67 | |
| Withdrawals / Misc Debits | 2 | 194.17 | |
| ** Ending Balance | 5/03/15 | 392.50 | ** |
| Service Charge | | .00 | |

- - - - - - - - - - - - - - -     MISCELLANEOUS DEBITS & CREDITS     - - - - - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
| --- | --- | --- | --- |
| 4/24 | COINBASE.COM/BTC/8003435845 | .43 | |
| 4/24 | COINBASE.COM/BTC/8003435845 | .06 | |
| 4/27 | MERCHANT BANKCD/DEPOSIT | 193.68 | |
| 4/27 | COINBASE.COM/BTC/8003435845 | | .49 |
| 4/28 | COINBASE.COM/BTC/8003435845 | | 193.68 |
| 5/01 | MERCHANT BANKCD/DEPOSIT | 292.50 | |

- - - - - - - - - - - - - - -     DAILY BALANCE SUMMARY     - - - - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- |
| 4/24 | 100.49 | 4/28 | 100.00 | 5/01 | 392.50 |
| 4/27 | 293.68 | | | | |



NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE



Member
FDIC

CNB2-033



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 530-5303

*www.cnbtexas.com*

RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT LA 71106-7684

Page:            1

Account Number:    1081384716
Statement Date:      6/03/15
Checks/Items Enclosed:     0

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com

Member FDIC

BASIC BUSINESS CHECKING     RANDALL B LORD            Acct  1081384716
                            DBA QUANTUM HEALTH

| | | |
|---|---|---|
| Beginning Balance | 5/04/15 | 392.50 |
| Deposits / Misc Credits | 3 | 4,974.48 |
| Withdrawals / Misc Debits | 15 | 5,337.14 |
| ** Ending Balance | 6/03/15 | 29.84  ** |
| Service Charge | | .00 |

- - - - - - - - - - - - - -        MISCELLANEOUS DEBITS & CREDITS        - - - - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 5/04 | COINBASE.COM/BTC/8003435845 | | 292.50 |
| 5/04 | BANKCARD 8710/MTOT DISC | | 42.12 |
| 5/04 | AUTHNET GATEWAY/BILLING | | 10.49 |
| 5/04 | MERCHANT BANKCD/FEE | | .85 |
| 5/04 | MERCHANT BANKCD/INTERCHNG | | .59 |
| 5/04 | MERCHANT BANKCD/DEPOSIT | | .02 |
| 5/11 | MERCHANT BANKCD/DEPOSIT | 1,482.30 | |
| 5/12 | COINBASE.COM/BTC/8003435845 | | 1,428.23 |
| 5/14 | MERCHANT BANKCD/DEPOSIT | 2,905.20 | |
| 5/15 | COINBASE.COM/BTC/8003435845 | | 2,905.20 |
| 5/15 | MERCHANT BANKCD/FEE | | .60 |
| 5/29 | MERCHANT BANKCD/DEPOSIT | 586.98 | |
| 6/02 | COINBASE.COM/BTC/8003435845 | | 586.38 |
| 6/02 | USMS/Merch Fee | | 19.00 |
| 6/02 | AUTHNET GATEWAY/BILLING | | 9.05 |
| 6/03 | MERCHANT BANKCD/FEE | | 35.26 |
| 6/03 | MERCHANT BANKCD/INTERCHNG | | 6.51 |



NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE



Member
**FDIC**

CNB2-034



# CITIZENS NATIONAL BANK

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

24 Hour ATM Banking at over 25 Locations

**For all Bank Addresses go to:**
**www.cnbtexas.com**

Direct Inquiries To:
Citizens National Bank
P.O. Box 1009
Henderson, TX 75653-1009
877-566-2621 or 903-657-8521

| CHECKS OUTSTANDING - NOT CHARGED TO ACCOUNT | |
|---|---|
| NO. | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

BANK BALANCE SHOWN ON THIS STATEMENT  $ _____

ADD +

DEPOSITS NOT CREDITED IN THIS STATEMENT (IF ANY)  $ _____

TOTAL  $ _____

SUBTRACT −

CHECKS OUTSTANDING  $ _____

BALANCE  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT FOR PREVIOUS MONTH.

## IMPORTANT INFORMATION

**In Case Of Errors Or Questions About Electronic Transfers:**

Telephone us at (903) 657-8521 or write us at Citizens National Bank, P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

   1)  Tell us your name and account number (if any).
   2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3)  Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Information regarding Ready Reserve/Revolving Lines of Credit**
**Calculations of Finance Charge On Ready Reserve/Revolving Lines of Credit Account**
**Average daily balance method (including current transactions)**
We figure in portion of) the finance charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new [purchases/advances/loans], and subtract any payments or credits, [and unpaid finance charges]. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."
**Billing Rights Summary for Ready Reserve/Revolving Lines of Credit Account**
**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Citizens National Bank, PO Box 1009, Henderson, TX, 75653-1009 as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
**In your letter, give us the following information:**
   1.) Your name and account number.
   2.) The dollar amount of the suspected error.
   3.) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

HXO 3001 (R 7/07)

```
                                                      Page:      2

          RANDALL B LORD                    Account Number:    1081384716
                                            Statement Date:       6/03/15


    - - - - - - - - - - - - -    MISCELLANEOUS DEBITS & CREDITS   - - - - - - - - - - - - -

   Date  Activity Description                   Deposits  Withdrawals
   6/03  MERCHANT BANKCD/DEPOSIT                              .34


    - - - - - - - - - - - - -       DAILY BALANCE SUMMARY        - - - - - - - - - - - - -

   Date       Balance        Date       Balance        Date       Balance

   5/04        45.93         5/14      3,005.20         6/02        71.95
   5/11     1,528.23         5/15         99.40         6/03        29.84
   5/12       100.00         5/29        686.38
```

CNB2-036



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 530-5303

*www.cnbtexas.com*

RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT LA 71106-7684

Page:        1

Account Number:      1081384716
Statement Date:          7/03/15
Checks/Items Enclosed:        3

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com
Member FDIC

BASIC BUSINESS CHECKING        RANDALL B LORD                    Acct  1081384716
                               DBA QUANTUM HEALTH

| | | |
|---|---|---|
| Beginning Balance | 6/04/15 | 29.84 |
| Deposits / Misc Credits | 12 | 15,102.53 |
| Withdrawals / Misc Debits | 13 | 15,037.37 |
| ** Ending Balance | 7/05/15 | 95.00 ** |
| Service Charge | | .00 |
| Enclosures | | 3 |

- - - - - - - - - - - - - -        MISCELLANEOUS DEBITS & CREDITS        - - - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 6/04 | MERCHANT BANKCD/DEPOSIT | 790.56 | |
| 6/08 | BKCD PROCESSING/BKCD DEPST | 482.60 | |
| 6/08 | COINBASE.COM/BTC/8003435845 | | 720.40 |
| 6/08 | MERCHANT BANKCD/FEE | | 7.00 |
| 6/09 | BKCD PROCESSING/BKCD DEPST | 289.58 | |
| 6/09 | COINBASE.COM/BTC/8003435845 | | 475.60 |
| 6/10 | COINBASE.COM/BTC/8003435845 | | 289.58 |
| 6/11 | MERCHANT BANKCD/DEPOSIT | 1,853.01 | |
| 6/12 | COINBASE.COM/BTC/8003435845 | | 1,853.01 |
| 6/17 | MERCHANT BANKCD/DEPOSIT | 1,247.30 | |
| 6/18 | MERCHANT BANKCD/DEPOSIT | 1,549.44 | |
| 6/18 | COINBASE.COM/BTC/8003435845 | | 1,247.30 |
| 6/19 | BKCD PROCESSING/BKCD DEPST | 820.46 | |
| 6/22 | MERCHANT BANKCD/DEPOSIT | 2,421.00 | |
| 6/23 | BKCD PROCESSING/BKCD DEPST | 1,013.58 | |
| 6/24 | COINBASE.COM/BTC/REVERSAL | 1,247.30 | |



NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE



Member
**FDIC**

CNB2-037

Page:       2

RANDALL B LORD

Account Number:      1081384716
Statement Date:         7/03/15

- - - - - - - - - - - -   MISCELLANEOUS DEBITS & CREDITS   - - - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|------|---------------------|----------|-------------|
| 6/25 | CHECK | | 5,804.48 |
| 6/29 | MERCHANT BANKCD/DEPOSIT | 2,905.20 | |
| 6/30 | CHECK | | 3,752.50 |
| 7/01 | BKCD PROCESSING/BKCD DEPST | 482.50 | |
| 7/02 | AUTHNET GATEWAY/BILLING | | 29.50 |
| 7/02 | BKCD PROCESSING/BKCD M DSC | | 29.16 |
| 7/02 | AUTHNET GATEWAY/BILLING | | 21.20 |
| 7/02 | AUTHNET GATEWAY/BILLING | | 9.70 |
| 7/02 | CHECK | | 797.94 |

- - - - - - - - - - - -   DAILY BALANCE SUMMARY   - - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/04 | 820.40 | 6/17 | 1,347.30 | 6/25 | 1,347.30 |
| 6/08 | 575.60 | 6/18 | 1,649.44 | 6/29 | 4,252.50 |
| 6/09 | 389.58 | 6/19 | 2,469.90 | 6/30 | 500.00 |
| 6/10 | 100.00 | 6/22 | 4,890.90 | 7/01 | 982.50 |
| 6/11 | 1,953.01 | 6/23 | 5,904.48 | 7/02 | 95.00 |
| 6/12 | 100.00 | 6/24 | 7,151.78 | | |

CNB2-038

Account   1081384716      DATE

CNB – Image Statement          Page 3 of 3



Check 0, Amount $5,804.48  Date 6/25/2015

Check 0, Amount $3,752.50  Date 6/30/2015



Check 0, Amount $797.94  Date 7/2/2015

CNB2-039



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 530-5303

www.cnbtexas.com

RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT LA 71106-7684

Page:          1

Account Number:     1081384716
Statement Date:        8/03/15
Checks/Items Enclosed:       1

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com
Member FDIC

| BASIC BUSINESS CHECKING | | RANDALL B LORD DBA QUANTUM HEALTH | | Acct  1081384716 |
|---|---|---|---|---|
| Beginning Balance | 7/06/15 | 95.00 | | |
| Deposits / Misc Credits | 1 | 300.00 | | |
| Withdrawals / Misc Debits | 6 | 381.93 | | |
| ** Ending Balance | 8/03/15 | 13.07 | ** | |
| Service Charge | | .00 | | |
| Enclosures | | 1 | | |

- - - - - - - - - - - - - - MISCELLANEOUS DEBITS & CREDITS - - - - - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 7/06 | MERCHANT BANKCD/FEE | | 40.26 |
| 7/06 | MERCHANT BANKCD/INTERCHNG | | 23.57 |
| 7/06 | MERCHANT BANKCD/DEPOSIT | | .15 |
| 7/10 | MERCHANT BANKCD/FEE | | 15.00 |
| 7/21 | DEPOSIT | 300.00 | |
| 7/21 | USMS/Compliance | | 7.95 |
| 7/28 | USMS/Merch Fee | | 295.00 |

- - - - - - - - - - - - - - DAILY BALANCE SUMMARY - - - - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/06 | 31.02 | 7/21 | 308.07 | 7/28 | 13.07 |
| 7/10 | 16.02 | | | | |



NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE


Member FDIC

CNB2-040

**Account   1081384716        DATE**

**CNB -- Image Statement        Page 2 of 2**



Deposit, Amount $300.00  Date 7/21/2015

**CNB2-041**



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 530-5303

*www.cnbtexas.com*

RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT LA 71106-7684

Page:        1

Account Number:      1081384716
Statement Date:       9/03/15
Checks/Items Enclosed:      1

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com
Member FDIC

| BASIC BUSINESS CHECKING | RANDALL B LORD | Acct  1081384716 |
| | DBA QUANTUM HEALTH | |

| | | | |
|---|---|---|---|
| Beginning Balance | 8/04/15 | 13.07 | |
| Deposits / Misc Credits | 1 | 191.70 | |
| Withdrawals / Misc Debits | 6 | 204.77 | |
| ** Ending Balance | 9/03/15 | .00 | ** |
| Service Charge | | .00 | |
| Enclosures | | 1 | |

– – – – – – – – – – –   MISCELLANEOUS DEBITS & CREDITS   – – – – – – – – – – – –

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 8/04 | AUTHNET GATEWAY/BILLING | | 10.00 |
| 8/04 | BKCD PROCESSING/BKCD M DSC | | 55.77 |
| 8/04 | AUTHNET GATEWAY/BILLING | | 15.00 |
| 8/04 | AUTHNET GATEWAY/BILLING | | 8.00 |
| 8/04 | Overdraft/NSF Charge | | 87.00 |
| 8/20 | Overdraft/NSF Charge | | 29.00 |
| 8/27 | DEPOSIT | 191.70 | |

– – – – – – – – – – –   DAILY BALANCE SUMMARY   – – – – – – – – – – – –

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/04 | 162.70-- | 8/20 | 191.70-- | 8/27 | .00 |



NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE


Member
FDIC

CNB2-042

Account   1081384716      DATE                          CNB -- Image Statement        Page 2 of 2



Deposit, Amount $191.70  Date 8/27/2015

CNB2-043



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 530-5303

www.cnbtexas.com

RANDALL B LORD
DBA QUANTUM HEALTH
10022 WINDING RIDGE DR
SHREVEPORT LA 71106-7684

Page:                    1

Account Number:    1061384716
Statement Date:          9/18/15
Checks/Items Enclosed:         0

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com

Member FDIC

| BASIC BUSINESS CHECKING | RANDALL B LORD DBA QUANTUM HEALTH | | Acct 1061384716 |
|---|---|---|---|
| Beginning Balance | 9/04/15 | | .00 |
| Deposits / Misc Credits | 0 | | .00 |
| Withdrawals / Misc Debits | 0 | | .00 |
| ** Ending Balance | 9/20/15 | | .00 ** |
| Service Charge | | | .00 |



NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE



Member FDIC

CNB2-044

**KAREN PHILLIPS**
COUNTY CLERK, SMITH COUNTY, TEXAS
200 E FERGUSON, SUITE 300 TYLER, TEXAS 75702

2014        57530

434069666



## Unincorporated Business or Profession – Assumed Name (DBA)

CERTIFICATE OF UNINCORPORATED OWNERSHIP FOR BUSINESS OR PROFESSION
NOTICE: THIS CERTIFICATE OF OWNERSHIP PROPERLY EXECUTED IS TO BE FILED IMMEDIATELY WITH THE COUNTY CLERK AS PROVIDED BY LAW.

NAME UNDER WHICH BUSINESS IS TO BE CONDUCTED:

_Quantum   Health_

(PRINT OR TYPE NAME OF BUSINESS)

BUSINESS
ADDRESS: P.O Box 382          CITY: Waskom   STATE: TX   ZIP: 75692

The period, not to exceed (10) years, during which the assumed name will be used is: _____ years
The Business or Professional Service under this Assumed Name will be conducted as a: (CHECK ONE)

| | | |
|---|---|---|
| ✓ Sole Proprietorship | ____ Sole Practitioner (Dr./Lawyer/etc.) | ____ General Partnership |
| ____ Limited Partnership | ____ Joint Venture | ____ Joint Stock Company |
| ____ Real Estate Investment Trust | ____ Non-Profit | |
| ____ Other – (list) _____ | | |

List the name(s) and complete street address of Owner (s) under the above Assumed Name.  Please PRINT

(1) Randall Lord   10022 Winding Ridge Dr.  Shreveport LA

(2) _____

(3) _____

(4) _____

_Randall Lord_
Signature (1)

_____
Signature (2)

_____
Signature (3)

_____
Signature (4)

THE STATE OF TEXAS   }
COUNTY OF SMITH   }

Before me, the undersigned authority, on this day personally appeared _Randall Lord_ those person(s) whose name(s) are listed above known to me to be the person(s) subscribed to the foregoing instrument and acknowledged to me that they are the owner(s) of the above named business and that they signed the same for the purpose and consideration herein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, THIS _9_ DAY OF _May_, _2014_

KAREN PHILLIPS, COUNTY CLERK

_____
Signature of Notary Public in and for Smith County        OR

_Crystal Hall_
DEPUTY COUNTY CLERK

UNINCORPORATED ASSUMED NAME 12-20-13

**CNB2-045**