2015111641000083:000004 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:52:59 AM - Page 8 of 15.



Page 1 of 2        07/31/15
TX      1440011147341

655-29-01-00 10344  0 C 001 29 5  55 004
PELICAN MINING LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 07/31/2015

## Contact us
 BBT.com
 (800) BANK-BBT or
(800) 226-5228

## Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

■ BUSINESS VALUE 200 1440011147341  ____   Former Account Number  0009792231942

## Account summary

| | |
|---|---|
| Your previous balance as of 06/30/2015 | $2.20 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 143.90 |
| Deposits, credits and interest | + 930.00 |
| Your new balance as of 07/31/2015 | = $788.30 |

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/02 | ACH CORP DEBIT GLOBAL STL GLOBAL PAYMENTS PELICAN MINING 88291129333 | 12.95 |
| 07/02 | ACH CORP DEBIT GLOBAL STL GLOBAL PAYMENTS PELICAN MINING 88291129379 | 12.95 |
| 07/02 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 72.00 |
| 07/08 | NEGATIVE ACCOUNT BALANCE FEE | 36.00 |
| 07/21 | SERVICE CHARGES - PRIOR PERIOD | 10.00 |
| Total other withdrawals, debits and service charges | | = $143.90 |

## Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/09 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING 1440011147384 07-09-15 | 930.00 |
| Total deposits, credits and interest | | = $930.00 |

0021890

BBT2-026

2015111641000083:000004 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:52:59 AM - Page 9 of 15.

## Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit: BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance" we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-027**

2015111641000083:000005 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:52:54 AM - Page 10 of 15.



Page 1 of 2    08/31/15
TX    1440011147341

655-29-01-00 10344  0 C 001 29 S  55 004
PELICAN MINING LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
## For 08/31/2015

## Contact us

 BBT.com

☎ (800) BANK-BBT or
(800) 226-5228

## Earn Up To $400 – Refer Other Businesses!

From now through September 30, 2015, BB&T business checking account holders who refer other businesses can **earn up to $400** – $100 for each newly established business checking account with BB&T (limit four). In addition, as an added bonus each business referred will also receive a $100 deposit in their newly opened checking account*.

**To find out more, contact your local relationship manager or visit your nearest BB&T financial center for details.**

*This offer applies to clients that open a new business checking account at a participating BB&T financial center between July 1, 2015 and September 30, 2015. The new business checking account must be the first checking account in the household to be eligible for the offer. Business checking accounts opened through BBT.com or BB&T Phone24, savings accounts and personal checking accounts are not eligible. Information will be reported to the IRS as required. Referred individuals must present and submit a referral form at account opening. See your financial center for a supply of referral forms. By providing and accepting and using the coupon included in the referral form, each party acknowledges that the other party may be a client of BB&T. All measures to protect client-sensitive information and confidentiality apply. In addition, each party understands that failure to receive an account bonus means that a referred account did not meet the offer criteria and does not imply that an account application was denied.

BB&T, Member FDIC.
© 2015, Branch Banking and Trust Company. All rights reserved.

■ BUSINESS VALUE 200 1440011147341 ____    Former Account Number  0009792231942

## Account summary

| | |
|---|---:|
| Your previous balance as of 07/31/2015 | $788.30 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 22.95 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 08/31/2015 | = $765.35 |

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT(S) |
|---|---|---:|
| 08/04 | ACH CORP DEBIT GLOBAL STL GLOBAL PAYMENTS PELICAN MINING 88291129333 | 12.95 |
| 08/21 | SERVICE CHARGES - PRIOR PERIOD | 10.00 |
| | Total other withdrawals, debits and service charges | = $22.95 |

**BBT2-028**

2015111641000083:000005 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:52:54 AM - Page 11 of 15.

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

> BB&T Liability Risk Management
> P.O. Box 996
> Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an **INTEREST CHARGE** will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

> BankCard Services Division
> P.O. Box 200
> Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

BBT2-029

2015111641000083:000006 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:52:50 AM - Page 12 of 15.



Page 1 of 2      09/30/15
TX    1440011147341

655-29-01-00 10344  0 C 001 29 S  55 004
PELICAN MINING LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 09/30/2015

## Contact us
 BBT.com

☎ (800) BANK-BBT or
(800) 226-5228

---

### Accept Apple Pay and Chip Cards With $200 Off a New Terminal!

Protecting your customers and your business has never been more important. BB&T Merchant Services is one of the first to offer terminals that accept both EMV-secured chip cards and contactless payments. Provide your customers with the latest in processing technology while offering a more secure payment method to help prevent card fraud.
- From now through **October 31, 2015**, $200* off chip card terminal
- Accept Apple Pay and any mobile wallet that supports NFC contactless payments
- Next-business-day funding to your BB&T business checking account
- Live 24/7 technical support, extensive fraud monitoring and robust payment processing analytics

BB&T, Member FDIC. © 2015, Branch Banking and Trust Company. All rights reserved.
Merchant Services are subject to business type and credit approval.
*$200 off not applicable to the wireless or Bluetooth terminal.

---

■ BUSINESS VALUE 200 1440011147341 ____    Former Account Number  0009792231942

### Account summary

| | |
|---|---:|
| Your previous balance as of 08/31/2015 | $765.35 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 57.95 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 09/30/2015 | = $707.40 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT(S) |
|---|---|---:|
| 09/02 | BB&T BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING 1440011147333 09-01-15 | 25.00 |
| 09/02 | BB&T BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING 1440011147384 09-01-15 | 10.00 |
| 09/02 | ACH CORP DEBIT GLOBAL STL GLOBAL PAYMENTS PELICAN MINING 88291129333 | 12.95 |
| 09/21 | SERVICE CHARGES - PRIOR PERIOD | 10.00 |
| Total other withdrawals, debits and service charges | | = $57.95 |

**BBT2-030**

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

## Electronic fund transfers

In case of questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary

### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register | Date/Type | Amount | Date/Type | Amount |
| | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-031**

2015111641000083:000007 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:52:44 AM - Page 14 of 15.



Page 1 of 2     10/30/15
TX    1440011147341

655-29-01-00 10344  0 C 001 29 S  55 004
PELICAN MINING LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 10/30/2015

## Contact us

 BBT.com

(800) BANK-BBT or
(800) 226-5228

## Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

■ BUSINESS VALUE 200 1440011147341  ____  Former Account Number  0009792231942

**Account summary**

| | |
|---|---|
| Your previous balance as of 09/30/2015 | $707.40 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 22.95 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 10/30/2015 | = $684.45 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/02 | ACH CORP DEBIT GLOBAL STL GLOBAL PAYMENTS PELICAN MINING 88291129333 | 12.95 |
| 10/21 | SERVICE CHARGES - PRIOR PERIOD | 10.00 |
| | Total other withdrawals, debits and service charges | = $22.95 |

0020254

**BBT2-032**

2015111641000083:000007 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:52:44 AM - Page 15 of 15.

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

## Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an **INTEREST CHARGE** will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary

### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here. | **Outstanding Deposits and Other Credits (Section B)** | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-033**

2015111641000084:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:02:43 PM - Page 2 of 7.

**BB&T**
Branch Banking and Trust Company

## CASH IN TICKET

8540122 C79979 024   00042 17:05 05/20/15
#0001440011147341                    CASH IN

2180366 - SRC - 02/13

$100.00

⑆⑈00042⑈ ⑆522⑈000⑈9⑆   9854⑆⑈22000246⑈⑈0 ⑈00000⑈0000⑈

First Doc:   * 1440011147341 13,33,2,600 10000
Txn Id:    15146232 Bch: 1617662  No: 2400042 Lnk: 0002400042
Type:      Deposit TxnAmt: 10000 Normal
MchIsn:    002305813097  ISN:  000008087652
Match: – 105

**BBT2-034**

2015111641000084:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:02:43 PM - Page 3 of 7.

**BB&T** Branch Banking and Trust Company   **Account Deposit / Depositar a Cuenta de**

☐ Checking/Cheques  ☐ Savings/Ahorros

**Dollars/Dólares**   **Cents/Centavos**

Deposit To The Account Of/Depositar a la cuenta de:
PELICAN MINING LLC

Address/Dirección
10022 WINDING RIDGE DR

City, State, Zip Code/Ciudad, Estado, Código Postal
SHREVEPORT, LA, 71106-7684

Date/Fecha   Please Sign Here if Cash Received
05/20/201   Por favor firme aquí si recibió efectivo

Cash/Efectivo    C 100.00

Checks/Cheques

Total

Less: Cash Received
Menos: Efectivo Recibido

Total Deposit
Depósito Total $

UH   SUBJECT TO VERIFICATION
MAY MAY 6, THE AVAILABLE
FOR IMMEDIATE WITHDRAWAL

Please enter your account number below:
Por favor escriba su número de cuenta abajo:

1440011147341

8540122 C79979 024  00042 17:05 05/20/15
HO001440011147341              DEPOSIT

F000600026O
(Rev. 03/2013)

⑈053101121⑈                              33

100.00

**BBT2-035**

2015111641000084:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:02:43 PM - Page 4 of 7.

**BB&T** Branch Banking and Trust Company   **Account Deposit / Depositar a Cuenta de**

☐ Checking/Cheques  ☐ Savings/Ahorros

Dollars/Dólares   Cents/Centavos

Deposit To The Account Of/Depositar a la cuenta de:

PELICAN MINING LLC

Address/Dirección
10022 WINDING RIDGE DR

City, State, Zip Code/Ciudad, Estado, Codigo Postal
SHREVEPORT LA 71106-7684

Date/Fecha
05/30/2015

Please Sign Here If Cash Received
Por favor firme aqui si recibió efectivo

| | Cash/Efectivo | |
| Checks/Cheques | |
| Total | |
| Less: Cash Received | |
| Menos: Efectivo Recibido | |
| Total Deposit | $ |
| Depósito Total | |

Please enter your account number below:
Por favor escriba su numero de cuenta abajo:

1440011147341

8720916 C16726 060  00032 10:44 05/30/15
#0001440011147341          DEPOSIT

2,999.00

F0008000260
(Rev. 03/2013)

⑆053101121⑆          33

BBT2-036

2015111641000084:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:02:43 PM - Page 5 of 7.

**Bank of America** | Personal Money Order | No. 1240001520

Bank of America, N.A.
SAN ANTONIO, TX
Date    05/29/15 04:21:59 PM

Void After 90 Days

30-1/1140
NTX

Pay    BANK OF AMERICA  ONE ZERO ZERO ZERO CTSCTS    ***$1,000.00

To The
Order Of    Pelican Mining LLC

**Not Valid Over $1,000**

Signature of Purchaser (Drawer)

0001    0005189    0290    LONG POINT

Name of Purchaser (Drawer)

Bank of America is not liable for lost or stolen Money Orders.  For your protection
against loss or theft, sign and complete this Money Order as soon as possible.

Address    City, State, Zip

⑆1240001520⑈ ⑆114000019⑈ 00164100377⑆

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

BBT2-037

2015111641000084:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:02:43 PM - Page 6 of 7.

**Bank of America**

**Personal Money Order**

No. 1240001519

Bank of America, N.A.
SAN ANTONIO, TX
Date   05/29/15 04:21:59 PM

Void After 90 Days

30-1/1140
NTX

Pay   **BANK OF AMERICA** ONE ZERO ZERO ZERO CTS CTS   ***$1,000.00

To The
Order Of   *Pelican Mining LLC*

**Not Valid Over $1,000**

0001   0005189   0290   LONG POINT

Bank of America is not liable for lost or stolen Money Orders. For your protection
against loss or theft, sign and complete this Money Order as soon as possible.

Signature of Purchaser (Drawer)

Name of Purchaser (Drawer)

Address                    City, State, Zip

⑈1240001519⑈ ⑆114000019⑈ 0016410037 71⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

**BBT2-038**

2015111641000084:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:02:43 PM - Page 7 of 7.

**Bank of America** | Personal Money Order | No. 1240001523

Bank of America, N.A.
SAN ANTONIO, TX
Date  05/29/15 04:21:59 PM

Void After 90 Days

30-1/1140
NTX

Pay ···· BANK OF AMERICA  NINE NINE NINE 00 CTSCTS

***$999.00

To The
Order Of  *Pelican Mining LLC*

**Not Valid Over $1,000**

0001    0005189    0290    LONG POINT

Bank of America is not liable for lost or stolen Money Orders.  For your protection
against loss or theft, sign and complete this Money Order as soon as possible.

Signature of Purchaser (Drawer)

Name of Purchaser (Drawer)

Address                City, State, Zip

⑈1240001523⑈ ⑆114000019⑈ 00164100377⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

CREDITED TO THE ACCOUNT
OF WITHIN NAMED PAYEE
Accordance With Payee's Instructions
Absence of Endorsement Guaranteed
BRANCH BANKING
AND TRUST COMPANY
HOUSTON, TX

**BBT2-039**

2015111641000085:000001 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:42 AM - Page 2 of 15.



Page 1 of 2        04/30/15
TX       1440011147384

655-29-01-00 10344  0 C 001 29 S  55 004
DATA SECURITY LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 04/30/2015

## Contact us

 BBT.com

 (800) BANK-BBT or (800) 226-5228

## Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.B
ranch Banking and Trust Company, Member FDIC.

▪ BUSINESS VALUE 200 1440011147384 ____  Former Account Number  0009792231971

**Account summary**

| | |
|---|---|
| Your previous balance as of 03/31/2015 | $25.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 04/30/2015** | = $25.00 |

0023442

**BBT2-040**

## Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary
#### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question. You are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

BBT2-041

2015111641000085:000002 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:38 AM - Page 4 of 15.



Page 1 of 2        05/29/15
TX        1440011147364

655-29-01-00 10344  0 C 001 29 S  55 004
DATA SECURITY LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 05/29/2015

## Contact us

 BBT.com

☎ (800) BANK-BBT or
(800) 226-5228

## Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.
CMsgtop02- (1505 COM TOP Cash Flow)

■ BUSINESS VALUE 200 1440011147384 ____   Former Account Number  0009792231971

### Account summary

| | |
|---|---|
| Your previous balance as of 04/30/2015 | $25.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 05/29/2015 | = $25.00 |

**BBT2-042**

2015111641000085:000002 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:38 AM - Page 5 of 15.

## Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an **INTEREST CHARGE**

will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | Outstanding Deposits and Other Credits (Section B) | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-043**

2015111641000085:000003 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:34 AM - Page 6 of 15.



Page 1 of 2       06/30/15
TX     1440011147384

655-29-01-00 10344  0 C 001 29 S  55 004
DATA SECURITY LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 06/30/2015

## Contact us

  BBT.com

(800) BANK-BBT or
(800) 226-5228

Award-winning service has always been our goal. It's nice to know we're on the right track.

We are excited to announce that BB&T received an industry-noteworthy 22 **Greenwich Excellence Awards** from Greenwich Associates for our financial stability, overall satisfaction and outstanding client service in 2014! Greenwich Associates is a leading financial services research firm.

BB&T, Member FDIC.
The 2014 Greenwich Associates Commercial Banking Study is with companies with sales of $1MM to $500MM and is based on over 30,000 interviews
© 2015, Branch Banking and Trust Company. All rights reserved.

▪ BUSINESS VALUE 200 1440011147384 ____ Former Account Number  0009792231971

**Account summary**

| | |
|---|---:|
| Your previous balance as of 05/29/2015 | $25.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 1,640.00 |
| Deposits, credits and interest | + 2,570.00 |
| **Your new balance as of 06/30/2015** | **= $955.00** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/09 | ACH CORP DEBIT 8003435845 COINBASE.COM/BTC DATA SECURE | 550.00 |
| 06/12 | ACH CORP DEBIT 8003435845 COINBASE.COM/BTC DATA SECURE | 160.00 |
| 06/16 | ACH CORP DEBIT 8003435845 COINBASE.COM/BTC DATA SECURE | 930.00 |
| **Total other withdrawals, debits and service charges** | | **= $1,640.00** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/08 | COUNTER DEPOSIT | 160.00 |
| 06/08 | COUNTER DEPOSIT | 550.00 |
| 06/11 | COUNTER DEPOSIT | 930.00 |
| 06/22 | REVERSAL  COINBASE.COM/BTC DATA SECURE | 930.00 |
| **Total deposits, credits and interest** | | **= $2,570.00** |

0021946

**BBT2-044**

2015111641000085:000003 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:34 AM - Page 7 of 15.

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Customer Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | **Outstanding Deposits and Other Credits (Section B)** | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-045**

2015111641000085:000004 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:29 AM - Page 8 of 15.



Page 1 of 2      07/31/15
TX      1440011147384

655-29-01-00 10344  0 C 001 29 5  55 004
DATA SECURITY LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 07/31/2015

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

### Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

▪ BUSINESS VALUE 200 1440011147384 ____ Former Account Number  0009792231971

**Account summary**

| | |
|---|---:|
| Your previous balance as of 06/30/2015 | $955.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 940.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 07/31/2015 | = $15.00 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 07/09 | BB&T BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING 1440011147341 07-09-15 | 930.00 |
| 07/21 | SERVICE CHARGES - PRIOR PERIOD | 10.00 |
| Total other withdrawals, debits and service charges | | = $940.00 |

0021891

**BBT2-046**

## Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

> BB&T Liability Risk Management
> P.O. Box 996
> Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information.

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

> BankCard Services Division
> P.O. Box 200
> Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-047**

2015111641000085:000005 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:25 AM - Page 10 of 15.



Page 1 of 2      08/31/15
TX    1440011147384

655-29-01-00 10344  0 C 001 29 S  55 004
DATA SECURITY LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
## For 08/31/2015

## Contact us

 BBT.com

(800) BANK-BBT or
(800) 226-5228

### Earn Up To $400 – Refer Other Businesses!

From now through September 30, 2015, BB&T business checking account holders who refer other businesses can **earn up to $400** – $100 for each newly established business checking account with BB&T (limit four). In addition, as an added bonus each business referred will also receive a $100 deposit in their newly opened checking account*.

**To find out more, contact your local relationship manager or visit your nearest BB&T financial center for details.**

*This offer applies to clients that open a new business checking account at a participating BB&T financial center between July 1, 2015 and September 30, 2015. The new business checking account must be the first checking account in the household to be eligible for the offer. Business checking accounts opened through BBT.com or BB&T Phone24, savings accounts and personal checking accounts are not eligible. Information will be reported to the IRS as required. Referred individuals must present and submit a referral form at account opening. See your financial center for a supply of referral forms. By providing and accepting and using the coupon included in the referral form, each party acknowledges that the other party may be a client of BB&T. All measures to protect client-sensitive information and confidentiality apply. In addition, each party understands that failure to receive an account bonus means that a referred account did not meet the offer criteria and does not imply that an account application was denied.

BB&T, Member FDIC.
© 2015, Branch Banking and Trust Company. All rights reserved.

■ BUSINESS VALUE 200 1440011147384  ____  Former Account Number  0009792231971

### Account summary

| | |
|---|---|
| Your previous balance as of 07/31/2015 | $15.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 10.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 08/31/2015 | = $5.00 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT(S) |
|---|---|---|
| 08/21 | SERVICE CHARGES - PRIOR PERIOD | 10.00 |
| Total other withdrawals, debits and service charges | | = $10.00 |

0020986

**BBT2-048**

2015111641000085:000005 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:25 AM - Page 11 of 15.

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance" we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary
**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | **Outstanding Deposits and Other Credits (Section B)** | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-049**

2015111641000085:000006 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:21 AM - Page 12 of 15.

 Page 1 of 2    09/30/15
TX    1440011147384

655-29-01-00-10344  0 C 001 29 S  55 004
DATA SECURITY LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 09/30/2015

## Contact us

 BBT.com

(800) BANK-BBT or
(800) 226-5228

**Accept Apple Pay and Chip Cards With $200 Off a New Terminal!**

Protecting your customers and your business has never been more important. BB&T Merchant Services is one of the first to offer terminals that accept both EMV-secured chip cards and contactless payments. Provide your customers with the latest in processing technology while offering a more secure payment method to help prevent card fraud.

- From now through **October 31, 2015**, $200* off chip card terminal
- Accept Apple Pay and any mobile wallet that supports NFC contactless payments
- Next-business-day funding to your BB&T business checking account
- Live 24/7 technical support, extensive fraud monitoring and robust payment processing analytics

BB&T, Member FDIC. © 2015, Branch Banking and Trust Company. All rights reserved.
Merchant Services are subject to business type and credit approval.
*$200 off not applicable to the wireless or Bluetooth terminal.

■ BUSINESS VALUE 200 1440011147384    ____    Former Account Number  0009792231971

### Account summary

| | |
|---|---|
| Your previous balance as of 08/31/2015 | $5.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 10.00 |
| Deposits, credits and interest | + 10.00 |
| Your new balance as of 09/30/2015 | = $5.00 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/21 | SERVICE CHARGES - PRIOR PERIOD | 10.00 |
| Total other withdrawals, debits and service charges | | = $10.00 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/02 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING 1440011147341 09-01-15 | 10.00 |
| Total deposits, credits and interest | | = $10.00 |

0020260

**BBT2-050**