2015111641000085:000006 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:21 AM - Page 13 of 15.

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit: BBT.com.

## Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary
### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-051**

2015111641000085:000007 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:16 AM - Page 14 of 15.



Page 1 of 2        10/30/15
TX    1440011147384

655-29-01-00 10344  0 C 001 29 S  55 004
DATA SECURITY LLC
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
## For 10/30/2015

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

## Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

■ BUSINESS VALUE 200 1440011147384 ____  Former Account Number  0009792231971

### Account summary

| | |
|---|---|
| Your previous balance as of 09/30/2015 | $5.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 10.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 10/30/2015 | = $-5.00 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT(S) |
|---|---|---|
| 10/21 | SERVICE CHARGES - PRIOR PERIOD | 10.00 |
| Total other withdrawals, debits and service charges | | = $10.00 |

0020255

■ PAGE 1 OF 2

**BBT2-052**

2015111641000085:000007 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 10:53:16 AM - Page 15 of 15.

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit: BBT.com.

## Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary

### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here. | | | | |
| | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-053**

2015111641000086:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:03:11 PM - Page 2 of 9.

| BB&T Branch Banking and Trust Company | **Account Deposit / Depositar a Cuenta de** | Dollars/Dólares | Cents/Centavos |
|---|---|---|---|

Deposit To The Account Of/Depositar a la cuenta de:
DHAN SECURITY LLC
*Lisa Sand*

Address/Dirección
10022 WINDING RIDGE DR

City, State, Zip Code/Ciudad, Estado, Codigo Postal
SHREVEPORT, LA, 71106-7684

Date/Fecha
06/08/2015

Please Sign Here if Cash Received
Por favor firme aquí si recibió efectivo

Cash/Efectivo •

Checks/Cheques •

Total •

Less: Cash Received
Menos: Efectivo Recibido •

Total Deposit
Depósito Total $   1 6 0 . 0 0

B540132 C44171 022  00095 14:22 06/08/15
#0001440011147384          DEPOSIT

Please enter your account number below:
Por favor escriba su número de cuenta abajo:

1 4 4 0 0 1 1 1 4 7 3 8 4

⑈053101121⑈          33

160.00

2015111641000086:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:03:11 PM - Page 3 of 9.

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

MONEY ORDER

moving money for better

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

PUBLIX #0070                                         17-183155082

A 325195 D 060815
T 1324 12
17183155 0823 L 000070          $ 160.00

PAY EXACTLY    ONE HUNDRED SIXTY DOLLARS AND NO CENTS

PAY TO THE
ORDER OF       Data Secure

PAYMENT FOR/ACCT. #

902  PURCHASER'S ADDRESS

PURCHASER'S SIGNATURE
PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE

⑈1021004001⑈ 401718315508 23⑈

BBT2-055

2015111641000086:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:03:11 PM - Page 4 of 9.

**BB&T** Branch Banking and Trust Company   **Account Deposit / Depositar a Cuenta de**    Dollars/Dólares    Cents/Centavos

☐ Checking/Cheques  ☐ Savings/Ahorros

Deposit To The Account Of/Depositar a la cuenta de:
Data Secure

Address/Dirección

City, State, Zip Code/Ciudad, Estado, Código Postal

Date/Fecha | Please Sign Here if Cash Received
Por favor firme aquí si recibió efectivo

Cash/Efectivo

Checks/Cheques

Total

Less: Cash Received
Menos: Efectivo Recibido

**Total Deposit**
**Depósito Total $**    550.00

8540132 C54540 020  00112 13:05 06/08/15
#0001440011147384            DEPOSIT

Please enter your account number below:
Por favor escriba su número de cuenta abajo:

1 4 4 0 0 1 1 1 4 7 3 8 4

→ USE FOR 10 DIGIT ACCOUNT NUMBER
USAR LOS 10 DIGITOS DEL NÚMERO DE CUENTA

550.00

F000B000260
(Rev. 03/2013)

⑆053101121⑆              33

**BBT2-056**



**WESTERN UNION WU**
moving for better

THIS DOCUMENT CONTAINS A DUAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado**

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

Winn Dixie

(ISSUING AGENT)

17-189565196

$ 50.00

**PAY EXACTLY**   FIFTY DOLLARS AND NO CENTS

**PAY TO THE ORDER OF**

**PAYMENT FOR/ACCT.**

**PURCHASER'S ADDRESS**

**PURCHASER'S SIGNATURE**

⑈:102100400⑈: 40171895651964⑈"

BBT2-057

2015111641000086:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:03:11 PM - Page 6 of 9.



| WESTERN UNION WU | THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW | MONEY |
|---|---|---|
| moving money for better | WESTERN UNION FINANCIAL SERVICES INC · ISSUER · Englewood, Colorado<br>Payable at Wells Fargo Bank Grand Junction · Downtown, N.A., Grand Junction, Colorado | ORDER |

Winn Dixie                                              17-189565195
(ISSUING AGENT)

h 34.g + D C . 15                    $ 500.00
1-/895.51755 L JU.386

PAY EXACTLY   FIVE HUNDRED DOLLARS AND NO CENTS
PAY TO THE
ORDER OF                                              PAYMENT FOR/ACCT

PURCHASER S ADDRESS

                                                      PURCHASER'S SIGNATURE

⑃102100400⑃ 4017189565195511⑃

SERVICE CHARGE:
If this Money Order is not used or cashed (presented for payment) within 1 year of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. The Service Charge is $1 per month (or expires - C.R.S.25, MD50-50, CT & PR $0) from the purchase date, not to exceed $84 (or the maximum amount permitted by law).

NOTICE: Do not cash this Money Order for any person from whom you are not able to recover your payment Should this item bear any unauthorized signature, be stolen, improperly completed or altered, issuer may either stop payment hereon or charge back against any endorser. For customer service, call 1-800-999-9660.
Intended for domestic use only, Western Union Money Order and Integ/yn is a service mark of Western Union Holdings, Inc.

Warning: do not cash this
for Western Union...

BBT2-058

2015111641000086:000003 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:03:10 PM - Page 7 of 9.

**BB&T** Branch Banking and Trust Company   **Account Deposit / Depositar a Cuenta de**

☐ Checking/Cheques   ☐ Savings/Ahorros

| | Dollars/Dólares | Cents/Centavos |
|---|---|---|
| Deposit To The Account Of/Depositar a la cuenta de: | Cash/Efectivo | 930.00 |
| Secure Data | | |
| Address/Dirección | Checks/Cheques | . |
| City, State, Zip Code/Ciudad, Estado, Código Postal | Total | . |
| | Less: Cash Received | |
| | Menos: Efectivo Recibido | |
| Date/Fecha | Please Sign Here if Cash Received | . |
| | Por favor firme aquí si recibió efectivo | |

**Total Deposit**
**Depósito Total** $   930.00

8540132 C54540 020   00019 10:20 06/11/15
#0001440011147384               DEPOSIT

Please enter your account number below:
Por favor escriba su número de cuenta abajo:

1 4 4 0 0 1 1 1 4 7 3 8 4

930.00

F0008000260
(Rev. 03/2013)

⑆053101121⑆                               33

2015111641000086:000003 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:03:10 PM - Page 8 of 9.



BBT2-060

2015111641000086:000003 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:03:10 PM – Page 9 of 9.



BBT2-061

2015111641000096:000001 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 11:00:33 AM - Page 2 of 15.



Page 1 of 2        04/30/15
TX      1440011147325

6SS-29-01-00 10344  0 C 001 29   55 004
CRYPTO PROCESSING SOLUTIONS
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 04/30/2015

## Contact us

 BBT.com

 (800) BANK-BBT or (800) 226-5228

## Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.B
ranch Banking and Trust Company, Member FDIC.

▪ BUSINESS VALUE 200 1440011147325 _____ Former Account Number  0009792231926

**Account summary**

| | |
|---|---|
| Your previous balance as of 03/31/2015 | $13.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 04/30/2015 | = $13.02 |

0023437

**BBT2-062**

2015111641000096:000001 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 11:00:33 AM - Page 3 of 15.

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit: BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary
**In case of errors or questions about your Constant Credit statement**
If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question, you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits
If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address
If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228)

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

BBT2-063

2015111641000096:000002 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 11:00:28 AM - Page 4 of 15.



Page 1 of 2     05/29/15
TX     1440011147325

655-29-01-00 10344  0 C 001 29   55 004
CRYPTO PROCESSING SOLUTIONS
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 05/29/2015

## Contact us
 BBT.com

 (800) BANK-BBT or
(800) 226-5228

## Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.
CMsgtop02- (1505 COM TOP Cash Flow)

■ BUSINESS VALUE 200 1440011147325 ____   Former Account Number  0009792231926

### Account summary

| | |
|---|---|
| Your previous balance as of 04/30/2015 | $13.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 05/29/2015 | = $13.02 |

0022145

**BBT2-064**

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit: BBT.com.

## Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

> BB&T Liability Risk Management
> P.O. Box 996
> Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an **INTEREST CHARGE**

will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary

### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

> BankCard Services Division
> P.O. Box 200
> Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here. | | | | |
| | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-065**

2015111641000096:000003 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 11:00:24 AM - Page 6 of 15.



Page 1 of 2       06/30/15
TX     1440011147325

655-29-01-00 10344  0 C 001 29   S5 004
CRYPTO PROCESSING SOLUTIONS
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 06/30/2015

## Contact us

BBT.com

(800) BANK-BBT or
(800) 226-5228

Award-winning service has always been our goal. It's nice to know we're on the right track.

We are excited to announce that BB&T received an industry-noteworthy 22 **Greenwich Excellence Awards** from Greenwich Associates for our financial stability, overall satisfaction and outstanding client service in 2014! Greenwich Associates is a leading financial services research firm.

BB&T, Member FDIC.
The 2014 Greenwich Associates Commercial Banking Study is with companies with sales of $1MM to $500MM and is based on over 30,000 interviews
© 2015, Branch Banking and Trust Company. All rights reserved.

▪ BUSINESS VALUE 200 1440011147325 _____ Former Account Number  0009792231926

**Account summary**

| | |
|---|---|
| Your previous balance as of 05/29/2015 | $13.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 4,400.00 |
| Your new balance as of 06/30/2015 | = $4,413.02 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT(S) |
|---|---|---|
| 06/12 | COUNTER DEPOSIT | 2,500.00 |
| 06/16 | COUNTER DEPOSIT | 1,900.00 |
| Total deposits, credits and interest | | = $4,400.00 |

**BBT2-066**

2015111641000096:000003 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 11:00:24 AM - Page 7 of 15.

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

## Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

> BB&T Liability Risk Management
> P.O. Box 996
> Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures.   If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance" we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE.  This gives us the daily balance.  Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary

### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center.  To dispute a payment, please write to us on a separate sheet of paper at the following address:

> BankCard Services Division
> P.O. Box 200
> Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.  In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center.  Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the balance in line 3 for your adjusted balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-067**

2015111641000096:000004 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 11:00:19 AM - Page 8 of 15.



Page 1 of 2        07/31/15
TX      1440011147325

655-29-01-00 10344  0 C 001 29   55 004
CRYPTO PROCESSING SOLUTIONS
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 07/31/2015

## Contact us

 BBT.com

☎ (800) BANK-BBT or
(800) 226-5228

---

### Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

---

▪ BUSINESS VALUE 200 1440011147325 ____ Former Account Number  0009792231926

### Account summary

| | |
|---|---|
| Your previous balance as of 06/30/2015 | $4,413.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 2,730.36 |
| Deposits, credits and interest | + 0.36 |
| Your new balance as of 07/31/2015 | = $1,683.02 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | | AMOUNT($) |
|---|---|---|---|
| 07/02 | INTERNET PAYMENT CIRCLE | CIRCLE INTERNET 2DDEAE600057934 | 0.36 |
| 07/02 | INTERNET PAYMENT CIRCLE | CIRCLE INTERNET C0C6A0200033840 | 2,500.00 |
| 07/09 | INTERNET PAYMENT CIRCLE | CIRCLE INTERNET 6AB458200036187 | 230.00 |
| Total other withdrawals, debits and service charges | | | = $2,730.36 |

### Deposits, credits and interest

| DATE | DESCRIPTION | | AMOUNT($) |
|---|---|---|---|
| 07/01 | CIRCLE | CIRCLE INTERNET 3D65CF400067423 | 0.03 |
| 07/01 | CIRCLE | CIRCLE INTERNET C37D27000067358 | 0.33 |
| Total deposits, credits and interest | | | = $0.36 |

**BBT2-068**

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

> BB&T Liability Risk Management
> P.O. Box 896
> Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

> BankCard Services Division
> P.O. Box 200
> Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-069**

2015111641000096:000005 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 11:00:15 AM - Page 10 of 15.



Page 1 of 2       08/31/15
TX      1440011147325

655-29-01-00 10344  0 C 001 29   55 004
MICHAEL LORD
DBA CRYPTO PROCESSING SOLUTIONS
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
## For 08/31/2015

## Contact us

 BBT.com

☎ (800) BANK-BBT or
(800) 226-5228

---

### Earn Up To $400 - Refer Other Businesses!

From now through September 30, 2015, BB&T business checking account holders who refer other businesses can **earn up to $400** - $100 for each newly established business checking account with BB&T (limit four). In addition, as an added bonus each business referred will also receive a $100 deposit in their newly opened checking account*.

**To find out more, contact your local relationship manager or visit your nearest BB&T financial center for details.**

*This offer applies to clients that open a new business checking account at a participating BB&T financial center between July 1, 2015 and September 30, 2015. The new business checking account must be the first checking account in the household to be eligible for the offer. Business checking accounts opened through BBT.com or BB&T Phone24, savings accounts and personal checking accounts are not eligible. Information will be reported to the IRS as required. Referred individuals must present and submit a referral form at account opening. See your financial center for a supply of referral forms. By providing and accepting and using the coupon included in the referral form, each party acknowledges that the other party may be a client of BB&T. All measures to protect client-sensitive information and confidentiality apply. In addition, each party understands that failure to receive an account bonus means that a referred account did not meet the offer criteria and does not imply that an account application was denied.

BB&T, Member FDIC.
© 2015, Branch Banking and Trust Company. All rights reserved.

---

▪ BUSINESS VALUE 200 1440011147325 _____ Former Account Number  0009792231926

**Account summary**

| | |
|---|---|
| Your previous balance as of 07/31/2015 | $1,683.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 08/31/2015 | = $1,683.02 |

0020983

**BBT2-070**

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

## Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

> BB&T Liability Risk Management
> P.O. Box 996
> Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary

### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

> BankCard Services Division
> P.O. Box 200
> Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

BBT2-071

2015111641000096:000006 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 11:00:10 AM - Page 12 of 15.



Page 1 of 2     09/30/15
TX    1440011147325

655-29-01-00 10344  0 C 001 29   S5 004
MICHAEL LORD
DBA CRYPTO PROCESSING SOLUTIONS
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 09/30/2015

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

**Accept Apple Pay and Chip Cards With $200 Off a New Terminal!**

Protecting your customers and your business has never been more important. BB&T Merchant Services is one of the first to offer terminals that accept both EMV-secured chip cards and contactless payments. Provide your customers with the latest in processing technology while offering a more secured payment method to help prevent card fraud.

- From now through **October 31, 2015**, $200* off chip card terminal
- Accept Apple Pay and any mobile wallet that supports NFC contactless payments
- Next-business-day funding to your BB&T business checking account
- Live 24/7 technical support, extensive fraud monitoring and robust payment processing analytics

BB&T, Member FDIC. © 2015, Branch Banking and Trust Company. All rights reserved.
Merchant Services are subject to business type and credit approval.
*$200 off not applicable to the wireless or Bluetooth terminal.

---

■ BUSINESS VALUE 200 1440011147325 _____ Former Account Number  0009792231926

### Account summary

| | |
|---|---:|
| Your previous balance as of 08/31/2015 | $1,683.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 09/30/2015 | = $1,683.02 |

0020257

**BBT2-072**

# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit: BBT.com.

## Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

> BB&T Liability Risk Management
> P.O. Box 996
> Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures.   If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an **INTEREST CHARGE**

will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance" we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**.  This gives us the daily balance.  Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary

### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center.  To dispute a payment, please write to us on a separate sheet of paper at the following address:

> BankCard Services Division
> P.O. Box 200
> Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.   In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A.  Record the transaction date, the check number or type of debit and the debit amount.  Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B.  Record the transaction date, credit type and the credit amount.  Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

**BBT2-073**

2015111641000096:000007 scanned on STMTMGR by Operator K2USER3 on Nov 16, 2015 at 11:00:05 AM - Page 14 of 15



Page 1 of 2     10/30/15
TX    1440011147325

655-29-01-00 10344  0 C 001 29   55 004
MICHAEL LORD
DBA CRYPTO PROCESSING SOLUTIONS
10022 WINDING RIDGE DR
SHREVEPORT LA  71106-7684

# Your account statement
For 10/30/2015

## Contact us

 BBT.com

 (800) BANK-BBT or (800) 226-5228

---

### Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2015, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

---

■ BUSINESS VALUE 200 1440011147325 ____ Former Account Number  0009792231926

**Account summary**

| | |
|---|---|
| Your previous balance as of 09/30/2015 | $1,683.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 10/30/2015 | = $1,683.02 |

0020252

**BBT2-074**

## Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

> BB&T Liability Risk Management
> P.O. Box 996
> Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

#### In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

> BankCard Services Division
> P.O. Box 200
> Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question. You are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

BBT2-075