2015111641000079:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 2 of 12.

**BB&T** Branch Banking and Trust Company — **Account Deposit / Depositar a Cuenta de**
☐ Checking/Cheques ☐ Savings/Ahorros

Deposit To The Account Of/Depositar a la cuenta de: Crypto Processing Solutions

Address/Dirección:

City, State, Zip Code/Ciudad, Estado, Código Postal:

Date/Fecha:

Please Sign Here if Cash Received / Por favor firme aquí si recibió efectivo

DEPOSITS SUBJECT TO VERIFICATION AND MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

Please enter your account number below: / Por favor escriba su número de cuenta abajo:

1440011147325

LOS DEPÓSITOS ESTÁN SUJETOS A VERIFICACIÓN Y ES POSIBLE QUE NO ESTÉN DISPONIBLES PARA SU RETIRO INMEDIATO

F0008000260 (Rev. 03/2013)

| | Dollars/Dólares | Cents/Centavos |
|---|---|---|
| Cash/Efectivo | | • |
| Checks/Cheques | | • |
| Total | | • |
| Less: Cash Received / Menos: Efectivo Recibido | | • |
| **Total Deposit / Depósito Total $** | 2500 | .00 |

8540210 C76328 012  00177 16:22 06/12/15
#00014400111147325                     DEPOSIT

2,500.00

⑆053101121⑆                     33

**BBT2-076**

2015111641000079:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 3 of 12.

**WESTERN UNION**
*moving money for better*

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

PUBLIX #0655                    17-215602903

A 324780 D 061215
T 1553 07
172156029038 L 000655        $ 500.00
                              $500.00

PAY EXACTLY  FIVE HUNDRED DOLLARS AND NO CENTS
PAY TO THE ORDER OF   Crypto Processing Solutions    PAYMENT FOR/ACCT. #
PURCHASER'S ADDRESS                                  PURCHASER'S SIGNATURE

⑆102100400⑆ 4017215602903⑈

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within 1 year of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. The Service Charge is $1 per month. (exceptions - CA:$0.25; MD:$0.50; CT & PR: $0) from the purchase date, not to exceed $84 (or the maximum amount permitted by law).

ENDORSE ABOVE THIS LINE

NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

BBT2-077

2015111641000079:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 4 of 12.

**WESTERN UNION** — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado — **MONEY ORDER**

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

PUBLIX #0655     17-215602904

A 324780 D 061215
T 1553 07
172156029047 L 000655     $ 500.00

$500.00

PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF: Crypto Processing Solutions

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

PURCHASER'S SIGNATURE

⑈102100400⑈ 4017215602904 7⑈

SERVICE CHARGE: If the Money Order is not used or cashed (presented for payment) within 1 year of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. The Service Charge is $1 per month (exceptions - CA:$0.25; MD:$0.50; CT & PR: $0) from the purchase date, not to exceed $84 (or the maximum amount permitted by law).

ENDORSE ABOVE THIS LINE

NOTICE: Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning - do not cash check without noting the watermark. Hold up to light to verify presence of watermark.

**BBT2-078**

2015111641000079:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 5 of 12.

**WESTERN UNION** WU

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

PUBLIX #0655

17-215602905

A 324780 D 061215
T 1553 07
172156029056 L 000655

$ 500.00

$500.00

PAY EXACTLY  FIVE HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF  Crypto Processing Solutions

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

PURCHASER'S SIGNATURE

⑈102100400⑈ 40172156029056⑈

---

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within 1 year of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. The Service Charge is $1 per month (exceptions - CA:$0.25, MD:$0.50, CT & PR: $0) from the purchase date, not to exceed $24 (or the maximum amount permitted by law).

ENDORSE ABOVE THIS LINE

NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

X

**BBT2-079**

2015111641000079:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 6 of 12.

**WESTERN UNION WU**
WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado
**MONEY ORDER**

PUBLIX #0655                                              17-215602906

A 324780 D 061215
T 1553 07
172156029065 L 000655        $ 500.00
                             $ 500.00

PAY EXACTLY  FIVE HUNDRED DOLLARS AND NO CENTS
PAY TO THE ORDER OF   Crypto Processing Services         PAYMENT FOR/ACCT. #
PURCHASER'S ADDRESS
                                                         PURCHASER'S SIGNATURE

⑈102100400⑉ 4017215602906 5⑈

SERVICE CHARGE
If the Money Order is not used or cashed (presented for payment) within 1 year of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. The Service Charge is $1 per month (exceptions - CA:$0.25; MD:$0.50; CT & PR: $0) from the purchase date, not to exceed $24 (or the maximum amount permitted by law).

ENDORSE ABOVE THIS LINE

NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.
Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

**BBT2-080**

2015111641000079:000001 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 7 of 12.

**WESTERN UNION** — WU — moving money for better

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

PUBLIX #0655

17-215602907

A 324780 D 061215
T 1553 07
172156029074 L 000655

$ 500.00

$500.⁰⁰

PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF: [handwritten]

PURCHASER'S ADDRESS

PAYMENT FOR/ACCT. #

PURCHASER'S SIGNATURE

⑈102100400⑈ 40172156029074⑈

SERVICE CHARGE
If the Money Order is not used or cashed (presented for payment) within 1 year of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. The Service Charge is $1 per month (exceptions - CA:$0.25; MD:$0.50; CT & PR: $0) from the purchase date, not to exceed $84 (or the maximum amount permitted by law).

ENDORSE ABOVE THIS LINE

NOTICE: Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, Issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

**BBT2-081**

2015111641000079:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 8 of 12.

**BB&T** Branch Banking and Trust Company   **Account Deposit / Depositar a Cuenta de**
☐ Checking/Cheques   ☐ Savings/Ahorros

Deposit To The Account Of/Depositar a la cuenta de:
Crypto Processing Solutions

Address/Dirección

City, State, Zip Code/Ciudad, Estado, Código Postal

Date/Fecha   Please Sign Here if Cash Received / Por favor firme aquí si recibió efectivo

DEPOSITS SUBJECT TO VERIFICATION AND MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

LOS DEPÓSITOS ESTÁN SUJETOS A VERIFICACIÓN Y ES POSIBLE QUE NO ESTÉN DISPONIBLES PARA SU RETIRO INMEDIATO

F0008000260 (Rev. 03/2013)

Please enter your account number below:
Por favor escriba su número de cuenta abajo:

1440011147325

| | Dollars/Dólares | Cents/Centavos |
|---|---|---|
| Cash/Efectivo | | |
| Checks/Cheques | | |
| Total | | |
| Less: Cash Received / Menos: Efectivo Recibido | | |
| Total Deposit / Depósito Total $ | 1900 | 00 |

9540207 C41730 074   00173 16:44 06/16/15
#0001440011147325   DEPOSIT

1,900.00

⑈053101121⑈   33

**BBT2-082**

2015111641000079:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 9 of 12.

**WESTERN UNION** — **MONEY ORDER**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

PUBLIX #0655          17-215603176

A 324780 D 061615
T-1621 10
172156031765 L 000655     $ 400.00

400

PAY EXACTLY FOUR HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF: [signature]    PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

PURCHASER'S SIGNATURE

⑈102100400⑈ 40172156031765⑈

**BBT2-083**

2015111641000079:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 10 of 12.

**WESTERN UNION** — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado — **MONEY ORDER**

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

PUBLIX #0655  17-215603173

A 324780 D 061615
T 1621 10
172156031738 L 000655    $ 500.00

500 —

PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF: Crypto Processing Solutions

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

PURCHASER'S SIGNATURE

⑆102100400⑆ 40172156031738⑈

**BBT2-084**

2015111641000079:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 11 of 12

**WESTERN UNION**
*making money for better*

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

PUBLIX #0655                     17-215603174

A 324780 D 061615
T 1621 10
172156031747 L 000655         $ 500.00

500 —

PAY EXACTLY  FIVE HUNDRED DOLLARS AND NO CENTS
PAY TO THE ORDER OF  Crypto Processing Solutions         PAYMENT FOR/ACCT. #
PURCHASER'S ADDRESS
PURCHASER'S SIGNATURE

⑈102100400⑈ 40172156031747⑈

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within 1 year of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. The Service Charge is $1 per month (exceptions - CA $0.25, MD $0.50, CT & PR $0) from the purchase date, not to exceed $84 (or the maximum amount permitted by law).

ENDORSE ABOVE THIS LINE

NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

**BBT2-085**

2015111641000079:000002 scanned on ARCHMGR by Operator K2USER3 on Nov 17, 2015 at 03:00:49 PM - Page 12 of 12.

**WESTERN UNION** — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado — **MONEY ORDER**

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

PUBLIX #0655                                17-215603175

A 324780 D 061615
T 1621 10
172156031756 L 000655            $ 500.00

500 —

PAY EXACTLY  FIVE HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF   crypto fibcoin            PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS                        PURCHASER'S SIGNATURE

⑆102100400⑆ 40172156031756⑈

[Reverse side endorsement and notice text]

SERVICE CHARGE: If this Money Order is not used or cashed (presented for payment) within 1 year of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. The Service Charge is $1 per month (exceptions - CA:$0.25; MO:$0.50; CT & PR: $0) from the purchase date, not to exceed $84 (or the maximum amount permitted by law).

ENDORSE ABOVE THIS LINE

NOTICE: Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

**BBT2-086**