**MINUTES [00:20]**
**JUNE 2, 2017**
**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01/02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD (01) AND RANDALL B. LORD (02) | MAGISTRATE JUDGE HORNSBY |

On June 2, 2017, the Court held a telephone status conference in the above-captioned matter. Cytheria Jernigan participated on behalf of the Government. Paul Carmouche participated on behalf of Defendants Michael A. Lord and Randall B. Lord.

The status conference was convened to discuss the hearing to be held at 10 AM on June 5, 2017, regarding criminal forfeiture under 18 U.S.C. § 982. In this status conference, the Court and the parties briefly discussed expectations for the hearing and the evidence the Government planned to submit at the hearing.

*S. Maurice Hicks, Jr.*