**MINUTES OF STATUS CONFERENCE**
**00:40**
**June 5, 2017**
**JUDGE S. MAURICE HICKS, JR.**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:15-CR-00240-01-02 |
| VERSUS | JUDGE HICKS |
| MICHAEL A. LORD (01)<br>RANDALL B. LORD (02) | MAGISTRATE JUDGE HORNSBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter was scheduled for a Forfeiture Hearing on June 5, 2017 at 10:00 a.m. In lieu of the forfeiture hearing, the Court held a status conference in the robing room. Cytheria Jernigan appeared on behalf of the Government, and Paul Carmouche appeared on behalf of the defendants.

After discussing this matter with counsel, the Court ordered additional briefing regarding forfeiture under 18 U.S.C. § 982(a)(1). A written order explaining the exact question at issue regarding this statute will issue in due course. The Government's brief on this issue is due June 19th, and the defendants' response is due June 26th. The Forfeiture Hearing is continued to July 19, 2017 at 1:30 p.m.

Due to the continuance of the forfeiture matter, **the self-report dates for both Michael A. Lord and Randall B. Lord are continued from July 11, 2017 by 2:00 p.m. to August 10, 2017 by 2:00 p.m.**

The defendants were ordered to return for the hearing on July 19th at 1:30 p.m.