IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 5:15-cr-00240-01-02 |
| | 18 U.S.C §§ 1960, 1956(a)(3)(B)-(C) |
| | 18 U.S.C. §§ 1343, 2 |
| | 31 U.S.C. §§ 5313, 5322 |
| VERSUS | 21 U.S.C. §§ 846 |
| | 18 U.S.C. 982 |
| MICHAEL A. LORD | JUDGE S. MAURICE HICKS, JR. |
| RANDALL B. LORD | MAGISTRATE JUDGE HORNSBY |

### NOTICE OF APPEAL

Notice is hereby given that Michael A. Lord and Randall B. Lord, defendants in the above-captioned matter, hereby appeal to the United States of Appeals for the Fifth Circuit from the final judgment of conviction and sentence entered in this matter on May 24, 2017 and any adverse pretrial ruling.

Respectfully submitted,
**STROUD, CARMOUCHE & BUCKLE, PLLC**

By: s/Paul J. Carmouche
Paul J. Carmouche, Bar No. 02205
7330 Fern Avenue, Suite 903
Shreveport, Louisiana   71105
Telephone   (318) 629-0014
Telecopier   (318) 404-1571

**ATTORNEYS FOR DEFENDANTS,**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was this date filed electronically with the clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system.

Signed in Shreveport, Louisiana on this 7th day of June, 2017.

                                        __/s/ Paul J. Carmouche____
                                            **OF COUNSEL**