UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01/02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD (01) AND RANDALL B. LORD (02) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

In accordance with the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Government's Interim Motion for Forfeiture (Record Document 36) is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 7th day of July, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE