UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 15-CR-002400 1/02 |
| VERSUS | * | DISTRICT JUDGE HICKS |
| MICHAEL A. LORD AND RANDALL B. LORD | * | MAGISTRATE JUDGE HORNSBY |

## O R D E R

The foregoing Motion to Extend Surrender Date having been considered, and good cause having been shown for the relief requested therein,

IT IS HEREBY ORDERED that the surrender date for the defendant, **RANDALL B. LORD**, is extended to November 10, 2017.

THUS DONE AND SIGNED in Shreveport, Louisiana on this ____ day of _____, 2017.

_____
JUDGE