**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RANDALL B. LORD | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Considering Defendant Randall B. Lord's Motion to Extend Surrender Date (Record Document 85),

**IT IS ORDERED** that the Motion be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 3rd day of August, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE