**Michael & Randall Lord - 15-240-01 & 02**
Louise Rambo    to: Bobby Walker                                             08/03/2017 10:07 AM

Hi Bobby:

Please be advised by this writing, Paul Carmouche is appointed for purpose of appeal through this office for both defendants above, beginning the date the notice of appeal was filed by Mr. Carmouche.

Should you need further information, please contact me at your convenience.

Thank you.

Louise  Rambo
CJA Panel Administrator
Office of the Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, Louisiana  71101
(318)676-3310  (Office)
(318)676-3313  or (318)934-4885  FAX
louise_rambo@fd.org