# Exhibit A



# Fern Avenue Dentistry

**Family Dentistry**
Cosmetic & Implant Dentistry

Johnny L. Black, DDS
Fellow, Academy of General Dentistry

To whom it may concern,

Michael Lord was seen at my office on August 2, 2017 for an exam. His chief complaint was severe pain in his mouth.

Upon exam and consulting x-rays, it was determined that he has severe, generalized dental decay, multiple abscesses, and periodontal disease.

It was recommended that he have all remaining teeth removed and an immediate denture placed. He was advised not to delay treatment due to the severity of the disease.

Regards,

*[signature]* DDS

Johnny L. Black, DDS

318.798.FERN • 8535 Fern Avenue • Shreveport, LA 71105 • www.fernavenuedentistry.com



# ARKLATEX
### ORAL & MAXILLOFACIAL SURGERY

Brian R. Smith, DDS, MS • Jason H. Lustig, DDS, MD • Andrew R. Banker, DDS, MD • D. Andrew Benson, DDS, MD

www.arklatexoralsurgery.com

| 7600 Fern Ave., Building 1400 | 909 Elm Street | 1050 Bancorp South Circle, Suite 400 |
| Shreveport, LA 71105 | Minden, LA 71055 | Bossier City, LA 71111 |
| (318) 797-5812 | (318) 371-3531 | (318) 747-5812 |

**Referral for:**   First available    Dr. Smith    Dr. Lustig    Dr. Banker    Dr. Benson

**Patient Name:** Michael Lord   **Referral is the courtesy of:** Johnny Black

**Today's Date:** ___/___/___   **Patient Address:** _____

**Birthdate:** ___/___/___   **Sex:** ___   **Home Phone:** _____   **Cell Phone:** _____

**Dental Insurance Policy #:** _____

**Medical Insurance Policy #:** _____

*Oral Surgery Procedures To Be Performed*

☑ Extraction Teeth #
☐ Implants #
☐ Biopsy
☐ Implant Denture
☐ Other: emailed

**Radiographs**    CBCT _____
☐ Enclosed   ☐ Given to patient   ☐ Please take

**Doctor's Comments:** please eval tissue on Rt cheek.

**Please Circle Teeth/Area To Be Treated**

**Permanent Dentition**

Right                                                                 Left

1  2  3  4  5  6  7  8 | 9  10  11  12  13  14  15  16
32 31 30 29 28 27 26 25 | 24 23 22 21 20 19 18 17

**Primary Dentition**

R  A  B  C  D  E | F  G  H  I  J  L
   T  S  R  Q  P | O  N  M  L  K

**Please complete the new patient information forms online at www.arklatexoralsurgery.com PRIOR to your appointment.**

# FERN AVENUE DENTISTRY

8535 Fern Avenue • Shreveport, LA 71105 • (318) 798-FERN

## DENTAL DIAGNOSIS AND ESTIMATE

Name: Michael Lord                    Date Proposed: 8-2-17

> Your dental plan is your responsibility, but we can help. Regardless of what we might calculate as your dental benefit in dollars, we must stress the fact that you are responsible for the total cost of your dental treatment. As a courtesy to you, we have made the following estimate of cost based upon available information furnished by you.

Signature  X Michael Lord

| Tooth # | Procedure Code | Recommendations | Charge | Insurance | Patient |
|---|---|---|---|---|---|
| | | Immediate upper denture | 1300 | | |
| | | Immediate lower denture | 1315 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | upper denture | 1373 | | |
| | | lower denture | 1373 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Your co-payment is an "estimate" only and there is no way of knowing exactly what your insurance will pay. We estimate based on insurance averages. You are responsible for any remaining balance on your account.**

THE FEE LEVELS QUOTED HERE WILL BE HONORED FOR 90 DAYS. BEYOND THAT, FEES WILL BE ADJUSTED TO REFLECT ANY COST INCREASES.

Total Estimate

Policy Maximum Benefit Per Year

48 HOURS NOTICE IS REQUIRED WHEN RESCHEDULING

Policy Deductible





Practice - Fern Avenue Dentistry - 8535 Fern Avenue - Shreveport, LA 71105 - (318) 798-3376
Patient - Michael A. Lord (Michael) - 10022 Winding Ridge Dr - Shreveport, LA 71106 -

8/2/2017
02:44 PM

Pan
8/2/2017
Page 1 of 1

# Exhibit B



# Fern Avenue Dentistry

**Family Dentistry**
Cosmetic & Implant Dentistry

**Johnny L. Black, DDS**
Fellow, Academy of General Dentistry

To whom it may concern,

Randall B. Lord was seen at my office on August 8, 2017 for an exam. His chief complaint was severe pain on top right side of his mouth.

Upon exam and consulting x-rays, it was determined that he has irreversible pulpitis secondary to extensive recurrent decay in two maxillary posterior teeth.

It was recommended that he either have these teeth removed or have them root-canaled and crowned. He was advised not to delay treatment due to the severity of the disease.

Regards,

Johnny L. Black, DDS

318.798.FERN • 8535 Fern Avenue • Shreveport, LA 71105 • www.fernavenuedentistry.com