UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00240-01/02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL A. LORD (01)<br>RANDALL B. LORD (02) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is a Motion to Extend Surrender Date and Motion for Expedited Review (Record Document 91) filed by Defendants, Michael A. Lord and Randall B. Lord. Defendants seek an extension of their August 10, 2017 report date due to "severe dental diseases" that require immediate treatment. Id.

The Motion to Extend Surrender Date is hereby **DENIED**. Adequate dental care will be available to Defendants through the Bureau of Prisons. As previously ordered, Defendants shall report no later than **2:00 p.m.** on **August 10, 2017**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 9th date of August, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE