# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 08, 2017

Mr. Tony R. Moore
Western District of Louisiana, Shreveport
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 17-30486    USA v. Michael Lord, et al
                            USDC No. 5:15-CR-240-1
                            USDC No. 5:15-CR-240-2

Dear Mr. Moore,

The 30-day transcript discount period expired on August 24, 2017, and to date, the court reporter has not filed the transcript. Therefore, the court reporter must discount the CJA 24 voucher by 10%. Additionally, in accordance with Fifth Circuit practice, if the transcript is not filed by September 25, 2017, we will implement a 20% discount, **without further notice.**

                                      Sincerely,
                                        LYLE W. CAYCE, Clerk

                                        By: /s/Lyle W. Cayce
                                        Lyle W. Cayce

cc:
    Mr. Paul J. Carmouche
    Ms. Carol Mignonne Griffing
    Ms. Cytheria Dawn Jernigan
    Ms. Marie Moran Runyon